IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~SOUTHERN~~ NORTHERN DIVISION

| | |
|---|---|
| MARTHA ADAMS spouse and personal representative for the **ESTATE OF CHARLES ADAMS**, deceased; et.al., )<br><br>Plaintiff, )<br><br>v. )<br><br>**ASBESTOS DEFENDANTS, et al.,** )<br><br>Defendant, ) | RECEIVED<br><br>2007 DEC 10  A 10: 55<br><br>CASE NO. ~~2:06-CV-01064-WKW~~<br>2:07cv1064-WKW |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MARTHA ADAMS spouse and personal representative for the ESTATE OF CHARLES ADAMS, deceased; CYNTHIA COACHMAN spouse and personal representative for the ESTATE OF MATTHEW COACHMAN, deceased; VALIE OGLES mother and personal representative for the ESTATE OF JAMES O. DAVIS, deceased; TERESA WATSON daughter and personal representative for the ESTATE OF SHIRLEY MARIE GILBERT, deceased; MOLLIE GRESHAM spouse and personal representative for the ESTATE OF ARCHIE L. GRESHAM, SR., deceased; JANNIE HICKS spouse and personal representative for the ESTATE OF WILLIE HICKS, deceased; PAULINE M. MATTHEWS; BOBBIE PRENTICE; PATSY W. MIBUS spouse and personal representative for the ESTATE OF CHARLES WEBB, deceased; BEVERLY AGEE daughter and personal representative for the ESTATE OF YON WIGGINS, deceased, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                   <u>Relationship to Party</u>

_____      _____

_____      _____

_____      _____

12-7-07
Date

*[signature]*
*Counsel for All Plaintiffs*
G. Patterson Keahey, Jr. ASB-6357-A64G
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
Telephone: (205) 871-0707
Facsimile: (205) 871-0801
E-mail: info@mesohelp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~SOUTHERN~~ DIVISION
NORTHERN

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I have sent the foregoing to the Clerk of the Court via U.S. Mail.

G. PATTERSON KEAHEY, P.C.
*Attorney for Plaintiff*