THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | |
| | ) | 2:07-CV-1064- |
| **ALBANY INTERNATIONAL, et al.,** | ) | WKW |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

### SUMMONS

TO DEFENDANT:

**ALBANY INTERNATIONAL,** c/o Its Registered Agent: CT Corporation System

8550 United Plaza Blvd., Baton Rouge, LA 70809.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendDt'Vdwe℃ng hRuV Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                    *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                           )
                                           )
             Plaintiffs,                   )        **CIVIL ACTION NO.**
vs.                                        )        _2:07-CV-1064 WKW_
                                           )
**ALBANY INTERNATIONAL, et al,,**          )
                                           )        **JURY DEMAND**
             Defendants.                   )
                                           )

**SUMMONS**

TO DEFENDANT:

    **ALLIS-CHALMERS CORPORATION PRODUCT LIABILTY TRUST**, c/o

Margaret Barr Bruemmer, Trustee, 3500 Corben Court, Madison, WI 53704.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                Debra P. Hackett, Clerk

                By
                Deputy Clerk

                Clerk, U.S. District Court
                Middle District of Alabama
                One Church Street
                Montgomery, Alabama  36104

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FFSIeVthereRI I1 the deIendIht'Vdwe (Ing hRu'e R usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                                    Date                                 *Signature of Server*

                                                         _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**           )
                                     )
                                     )
           Plaintiffs,               )       CIVIL ACTION NO.
vs.                                  )       2:07-CV-1064
                                     )       WKW
**ALBANY INTERNATIONAL, et al,,**    )
                                     )       **JURY DEMAND**
           Defendants.               )
                                     )

## SUMMONS

TO DEFENDANT:

**AMERICAN OPTICAL CORPORATION,** c/o Its Highest Ranking Officer at 100

Mechanic, Southbridge, MA 01550.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By _____
          Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĨ D the deIendIñt'Vdweĩnğ hRuℓé Rʳ usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　　　Date 　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**              )
                                       )
         Plaintiffs,                   )
                                       )
vs.                                    )          CIVIL ACTION NO.
                                       )
**ALBANY INTERNATIONAL, et al**        )          2:07- CV- 1064
                                       )                   WKW
         **Defendants.**               )          **JURY DEMAND**
                                       )
                                       )

## SUMMONS

TO DEFENDANT:

**AMERICAN STANDARD, INC.,** c/o C.T. Corporation System, 1201 Peachtree

Street NE, Atlanta, GA 30361.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

Debra P. Hackett, Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIæVthereRI D: the deIendIht' VdweᎥᏇg hRu'é Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date            *Signature of Server*


                    _____
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                              )
                                              )
                Plaintiffs,                   )          **CIVIL ACTION NO.**
vs.                                           )
                                              )          $2:07-CV-1064-$
**ALBANY INTERNATIONAL, et al,,**             )          *WKW*
                                              )
                Defendants.                   )          · **JURY DEMAND**
                                              )

### SUMMONS

TO DEFENDANT:

   **Anchor Packing Company,** c/o Its Registered Agent for Service: The Corporation

Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

                                    Debra P. Hackett, Clerk

                                    By:

                                       Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIæVthereRI Il the deIendIht'Vdweℂng hRuℓ Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date               *Signature of Server*

                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
                   Plaintiffs,            )       **CIVIL ACTION NO.**
vs.                                       )       $2:07-CV-1064-$
                                          )
**ALBANY INTERNATIONAL, et al,,**         )       $WKW$
                                          )       **JURY DEMAND**
                   Defendants.            )
                                          )
                                          )

## SUMMONS

TO DEFENDANT:

**ARVINMERITOR, INC.** , C/O Its Registered Agent: Corporation Trust Company of

Nevada, 6100 Neil Road, Suite 500, Reno, Nevada  89511.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE:  12-12-07

Debra P. Hackett, Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIɛVthereRĪ Ɖ the deIendIht'Vdweꟾꟾng hRuꟾɛ Ꝛ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

                                   _____
                                   *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**                   )
                                            )
                                            )
                 Plaintiffs,                )          CIVIL ACTION NO.
vs.                                         )
                                            )          $2:07-CV-1064$
**ALBANY INTERNATIONAL, et al.,**           )               $WKW$
                                            )          **JURY DEMAND**
                 Defendant.                 )
                                            )

## SUMMONS

TO DEFENDANT:

   **ASTEN JOHNSON, INC.,** individually and as successor-in-interest to **ASTEN, INC.,**
   successor-in-interest by way of name change to **ASTEN GROUP, INC.,** formerly trading
   as **ASTEN-HILLS MANUFACTURING CO.,** 4399 Corporate Road, Charleston, SC
   29405.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

                                      Debra P. Hackett, Clerk

                                      By:_____
                                              Deputy Clerk

                                      Clerk, U.S. District Court
                                      Middle District of Alabama
                                      One Church Street
                                      Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendIIIt'Vdweɪɪng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                                *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
            Plaintiffs,                   )        CIVIL ACTION NO.
vs.                                       )        2:07-CV-1064
                                          )               WKW
**ALBANY INTERNATIONAL, et al,,**         )
                                          )        **JURY DEMAND**
            Defendants.                   )
                                          )
                                          )

## SUMMONS

TO DEFENDANT:

**BAYER CROPSCIENCE, INC.**, individual and as successor to **AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, PRODUCTS, INC.**, **BENJAMIN FOSTER CO.**, - Registered Agent: Corporation Service Company, 80 State Street, Albany, New York 12207-2543.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

  
AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRI Ii the deIendIiit' VdweCOig hRu Ve Rr usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          *Date*                              *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**                  )
                                           )
                                           )
            Plaintiffs,                    )          CIVIL ACTION NO.
vs.                                        )          2:07-CV-1064-
                                           )             WKW
**ALBANY INTERNATIONAL, et al.,**          )
                                           )          **JURY DEMAND**
            Defendant.                     )
                                           )
                                           )

## SUMMONS

TO DEFENDANT:

**BELL & GOSSETT,** a subsidiary of **ITT INDUSTRIES, INC.,** c/o Robert L.

Ayers, 8200 N. Austin Avenue, Morton Grove, Illinois 60053.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By: _____
        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendDnt' Vdwe00ng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
_____Date_____         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
               Plaintiffs,                )          **CIVIL ACTION NO.**
                                          )
vs.                                       )          2:07-CV-1064
                                          )               WKW
**ALBANY INTERNATIONAL, et al,,**         )
                                          )          **JURY DEMAND**
               Defendants.                )
                                          )
                                          )

## SUMMONS

TO DEFENDANT:

**BECHTEL CONSTRUCTION COMPANY,** c/o Its Registered Agent:

Corporation Trust Company of Nevada, 6100 Neil Road, Suite 500, Reno, NV 89511.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendDnt'VdweGng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                              Date                        *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**                    )
                                             )
            Plaintiffs,                      )
                                             )      **CIVIL ACTION NO.**
vs.                                          )
                                             )      $2:07-CV-1064-$
**ALBANY INTERNATIONAL, et al.,**            )          $WKW$
                                             )
            Defendant.                       )      **JURY DEMAND**
                                             )
                                             )
                                             )

**SUMMONS**

TO DEFENDANT:

**BONDEX INTERNATIONAL INC.,** c/o Its Registered Agent: Prentice-Hall

Corporation System, Inc., 50 W. Broad Street, Columbus, Ohio 43215.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

Debra P. Hackett, Clerk

By: _____
        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Il the deIendIDIt'Vdwe@Ing hRu\e Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**        )
                                )
                                )
            Plaintiffs,          )      **CIVIL ACTION NO.**
vs.                             )       2:07-CV-1064
                                )           WKW
**ALBANY INTERNATIONAL, et al.,**  )
                                )
            Defendant.          )       **JURY DEMAND**
                                )

### SUMMONS

TO DEFENDANT:

**BORG-WARNER CORPORATION**, by its successor, **BORGWARNER MORSE**

**TEC, INC.,** 3850 Hamlin Road, Auburn Hills, MI 48326.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Ii the deIendIit'VdweOIng hRuIe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                       Date              *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
    Plaintiffs,       )
vs.                                       )          **CIVIL ACTION NO.**
                                          )          2:07-CV-1064 WKW
**ALBANY INTERNATIONAL, et al,,**         )
                                          )
    Defendants.       )          **JURY DEMAND**
                                          )
                                          )

## SUMMONS

TO DEFENDANT:

    **BP AMERICA**, as successor in interest to **AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUN CORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS**, as successor in interest to **ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, AND ANACONDA COMPANY,** c/o Registered Agent for Service of Process: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

                              Debra P. Hackett, Clerk

                              By:

                                Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  / eIt FRSIeVthereRI D the deIendIht'Vdweﬀng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                          Date                                    *Signature of Server*

                                                        _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**  )
)
Plaintiffs,  )
vs.  )    **CIVIL ACTION NO.**
)
**A. O. SMITH ELECTRICAL PRODUCTS**  )    2:07-CV- 1064-
**COMPANY, a division of A.O. SMITH**  )    WKW
**CORPORATION, et al,,**  )
)    **JURY DEMAND**
Defendants.  )
)

## SUMMONS

TO DEFENDANT:

**BP AMOCO CHEMICAL COMPANY,** c/o It's Registered Agent, The Corporation

Company, 120 N. Robinson, Suite735, Oklahoma City, OK 73120

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

Debra P. Hackett, Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRi D the deIendIht'VdweOOng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                      *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**          )
                                   )
          Plaintiffs,              )
                                   )
vs.                                )          **CIVIL ACTION NO.**
                                   )          2:07-CV-1064-
**ALBANY INTERNATIONAL, et al.,**  )                      WKW
                                   )
          Defendant.               )          **JURY DEMAND**
                                   )
                                   )

**SUMMONS**

TO DEFENDANT:

  **BUFFALO PUMP, INC.,** 874 Oliver Street, North Tonawanda, New York 14120,

  You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

                                   Debra P. Hackett, Clerk

                                   By:

                                   Deputy Clerk

                                   Clerk, U.S. District Court
                                   Middle District of Alabama
                                   One Church Street
                                   Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendDnt' Vdwe Ong hRu\e Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                          *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | 2:07-CV-1064- |
| | ) | WKW |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

### SUMMONS

TO DEFENDANT: **CERTAINTEED CORPORATION**, a Delaware Corporation,

c/o Its Registered Agent: The Corporation Trust Company, Corporation Trust Center, 1209

Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSLeVthereRI D the deIendDt'VdweOng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　Signature of Server


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**     )
                              )
                              )
              Plaintiffs,     )          **CIVIL ACTION NO.**
vs.                           )          2:07-CV-1064-
                              )                    WKW
**ALBANY INTERNATIONAL, et al.,**  )
                              )
              Defendant.      )          **JURY DEMAND**
                              )
                              )

## SUMMONS

TO DEFENDANT:

**CLARK-RELIANCE CORPORATION,** c/o Mr. Dennis L. Pesek, 16633 Foltz,

Industrial Parkway, Strongsville, OH 44136.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

Debra P. Hackett, Clerk

By _____
         Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Ii the deIendIht'Vdweꞓng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                    Date                        *Signature of Server*

                                    _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                             )
                                             )
            Plaintiffs,                       )          **CIVIL ACTION NO.**
vs.                                          )          2:07-CV-1064
                                             )                      WKW
**ALBANY INTERNATIONAL, et al,,**             )
                                             )          **JURY DEMAND**
            Defendants.                       )
                                             )

### SUMMONS

TO DEFENDANT:

  **CLEAVER BROOKS, a Division of AQUA CHEM,** 11950 West Lake Park Drive,

Milwaukee, WI  53224.

  You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

           Debra P. Hackett, Clerk

           By:

             Deputy Clerk

           Clerk, U.S. District Court
           Middle District of Alabama
           One Church Street
           Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendInt'Vdweℂ⃝g hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                        *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
              Plaintiffs,                 )              **CIVIL ACTION NO.**
                                          )
vs.                                       )              $2:07-CV-1064-$
                                          )
**ALBANY INTERNATIONAL, et al,,**         )              **JURY DEMAND** WKW
                                          )
              Defendants.                 )
                                          )
                                          )

## SUMMONS

TO DEFENDANT:

     **CONWED CORPORATION**, c/o The Corporation Trust Company, Corporation

Trust Center, 1209 Orange Street, Wilmington, DE 19801.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                            Debra P. Hackett, Clerk

                            By :

                            Deputy Clerk

                            Clerk, U.S. District Court
                            Middle District of Alabama
                            One Church Street
                            Montgomery, Alabama 36104

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRI D the deIendInt'VdweⅧng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date          *Signature of Server*

                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS , et al.,** | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| **ALBANY INTERNATIONAL, et al.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CIVIL ACTION NO.**

2:07-CV-WKW

**JURY DEMAND**

### SUMMONS

TO DEFENDANT:

**COOPER INDUSTRIES**, LLC, f/n/a **COOPER INDUSTRIES, INC.** ,

individually and as successor-in-interest to **CROUSE-HINDS,** c/o Its President, 600 Travis,

Suite 5800, Houston, TX 77002-1001.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                  *Signature of Server*

                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
              Plaintiffs,                 )            **CIVIL ACTION NO.**
vs.                                       )            $\underline{2.07- CV-1064}$
                                          )                          $WKW$
**ALBANY INTERNATIONA, et al.,**          )
                                          )
              Defendant.                  )            **JURY DEMAND**
                                          )
                                          )

### SUMMONS

TO DEFENDANT:

    **CRANE CO.,** individually and as successor in interest to **DEMING PUMP, CYCLOTHERM, HYDRO-AIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, HEMPUMP,** and **BURKS PUMPS,** c/o its CEO, Robert S. Evans, CT Corporation, 1201 Peachtree St., N.E., Atlanta, GA 30361.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

Debra P. Hackett, Clerk

By : _____
    Deputy Clerk

    Clerk, U.S. District Court
    Middle District of Alabama
    One Church Street
    Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendIht'VdweGng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                          *Signature of Server*


                                                                 _____
                                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
                Plaintiffs,               )        **CIVIL ACTION NO.**
vs.                                       )        2:07-CV-1064
                                          )
**ALBANY INTERNATIONAL, et al,,**         )        WKW
                                          )        **JURY DEMAND**
                Defendants.               )
                                          )
                                          )

## SUMMONS

TO DEFENDANT:

    **CRANE PUMPS SYSTEMS**, individually and as successor to all pump companies

acquired by **CRANE**, 420 Third Street, Piqua, Ohio, 45356.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

                                Debra P. Hackett, Clerk

                                By

                                Deputy Clerk

                                Clerk, U.S. District Court
                                Middle District of Alabama
                                One Church Street
                                Montgomery, Alabama  36104

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendDnt'Vdweℓng hRuℓe Rᵣ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date             *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
          Plaintiffs,                     )        **CIVIL ACTION NO.**
vs.                                       )        2:07-CV-1064
                                          )              WKW
**ALBANY INTERNATIONAL, et al.,**         )
                                          )        **JURY DEMAND**
          Defendants.                     )
                                          )

### SUMMONS

TO DEFENDANT:

    **CROWN, CORK & SEAL COMPANY, INC.,** c/o Its President, William J. Avery,

One Crown Way, Philadelphia, PA  19154.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                    Debra P. Hackett, Clerk

                    By :

                       Deputy Clerk

                Clerk, U.S. District Court
                Middle District of Alabama
                One Church Street
                Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĪ D the deIendDnt'Vdweℂng hRuℓe Rr usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　　Date　　　　　　　Signature of Server


　　　　　　　　　　　　　　　　　　Address of Server


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                             )
                                             )
            Plaintiffs,                       )        **CIVIL ACTION NO.**
vs.                                          )        $2:07-CV-1064-WKW$
                                             )
**ALBANY INTERNATIONAL, et al,,**             )
                                             )        **JURY DEMAND**
            Defendants.                       )
                                             )

## SUMMONS

TO DEFENDANT:

      **CUTLER HAMMER,** currently referred to as **EATON ELECTRICAL, INC.,** c/o

The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

                          Debra P. Hackett, Clerk

                          By:

                                Deputy Clerk

                          Clerk, U.S. District Court
                          Middle District of Alabama
                          One Church Street
                          Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRl Il the deIendIht'Vdwe℗ng hRu\e Rr usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                      Date                                    *Signature of Server*


                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**

       Plaintiffs,

vs.

**ALBANY INTERNATIONAL, et al,,**

       Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

2:07-CV-1064-WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT: **D.B. RILEY, INCORPORATE,** c/o Its Registered Agent for Service:

Corporation Service Company, 84 State Street, Boston, MA 02109.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

Debra P. Hackett, Clerk

By : _____
     Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĪ D the deIendDnt' Vdweℂng hRuℓe Fr usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

　　　I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  　_____
　　　　　　　　　　　　Date　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**            )
                                     )
                                     )
              Plaintiffs,            )        **CIVIL ACTION NO.**
                                     )
vs.                                  )        2:07-CV- 1064-
                                     )                      WKW
**ALBANY INTERNATIONAL, et al,,**     )
                                     )        **JURY DEMAND**
              Defendants.            )
                                     )

**SUMMONS**

TO DEFENDANT:

    **EATON CORPORATION,** c/o Its Agent for Service: The Corporation Trust

Company, 1209 Orange Street, Wilmington, DE 19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                                        Debra P. Hackett, Clerk

                                        By:
                                            Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereŘI Dt the deIendInt'Vdweꝶng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        Date                          Signature of Server

                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**

       Plaintiffs,

vs.

**ALBANY INTERNATIONAL, et al,,**

       Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

2:07-CV-1064-WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

    **EMERSON ELECTRIC CO.** 180 Cherokee Street NE, Marietta, GA 30060.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: __12-12-07__

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendIht'VdweCthg hRuVe Rr usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                              *Signature of Server*


                                                _____
                                                *Address of Server*




(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**

        Plaintiffs,

vs.

**ALBANY INTERNATIONAL, et al.,**

        Defendant.

)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

2:07-CV-1064-WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

    **EXTECO, INC.,** f/k/a **THE THERMO ELECTRIC COMPANY, INC.,** 109 North

Fifth Street, Saddle Brook, NJ 07663.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                                 Debra P. Hackett, Clerk

                                 By

                                 Deputy Clerk

                                 Clerk, U.S. District Court
                                 Middle District of Alabama
                                 One Church Street
                                 Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendIht'Vdwe℃hg hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
　　　　　　　　　　Date　　　　　　　　　　　Signature of Server


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARTHA ADAMS , et al.,** )<br><br>Plaintiffs, )<br>vs. )<br><br>**ALBANY INTERNATIONAL, et al.,** )<br><br>Defendant. )<br> )<br> ) | CIVIL ACTION NO.<br><br>$2:07-CV-1064-$<br>$WKW$<br><br>**JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

    **FMC CORPORATION**, individually and on behalf of its former **CONSTRUCTION EQUIPMENT GROUP**, and former **PEERLESS PUMP DIVISION, COFFIN TURBO PUMPS and CHICAGO PUMPS,**

    c/o C.T. Corporation Systems, 1201 Peachtree Street, NE, Atlanta, GA 30301.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                                         Debra P. Hackett, Clerk

                                         By :

                                             Deputy Clerk

                                         Clerk, U.S. District Court
                                         Middle District of Alabama
                                         One Church Street
                                         Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendLht'Vdweℓℓng hRuℓe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the rnited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                         *Date*                  *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS , et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | $2:07$-$CV$-$1064$- |
| **ALBANY INTERNATIONAL, et al,,** ) | $WKW$ |
| ) | **JURY DEMAND** |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## SUMMONS

TO DEFENDANT:

**FLAME REFRACTORIES, INC.**, c/o Its Registered Agent for Service of Process:

CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĬ ꓕ the deIendꓕnt'Vdweꓕng hRuꓦe Rr usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the ᴜnited States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                      *Signature of Server*


                                              _____
                                              *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                              )
      Plaintiffs,                    )
                                              )
vs.                                           )    **CIVIL ACTION NO.**
                                              )
**ALBANY INTERNATIONAL, et al.,**             )
                                              )    $2:07-CV-1064-$
      Defendant.                     )    _WKW_
                                              )    **JURY DEMAND**
                                              )

## SUMMONS

TO DEFENDANT:

    **FOSECO, INC.,** c/o The Corporation Trust Company, 1209 N. Orange Street,

Wilmington, DE 19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___12-12-07___

                       Debra P. Hackett, Clerk

                       By:

                       Deputy Clerk

                       Clerk, U.S. District Court
                       Middle District of Alabama
                       One Church Street
                       Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSLeVthereRI D the deIendInt'VdweCmg hRuVe Fr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**            )
                                      )
                                      )
            Plaintiffs,               )            **CIVIL ACTION NO.**
                                      )
vs.                                   )            2:07-CV- 1064-
                                      )                         WKW
**ALBANY INTERNATIONAL, et al.,**     )
                                      )
            Defendant.                )            **JURY DEMAND**
                                      )
                                      )

## SUMMONS

TO DEFENDANT:

    **FOSTER-WHEELER CORPORATION,** c/o The Prentice-Hall Corporation

System, Inc., 80 State Street, Albany, NY 12207.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                            Debra P. Hackett, Clerk

                            By

                            Deputy Clerk

                            Clerk, U.S. District Court
                            Middle District of Alabama
                            One Church Street
                            Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIsVthereRI D the deIendInt' Vdwe Ong hRu Ve R usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                        *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**               )
                                         )
     Plaintiffs,      )
                                         )
vs.                                      )    CIVIL ACTION NO.
                                         )
**ALBANY INTERNATIONAL, et al.,**        )  2:07-CV-1064-
                                         )        WKW
     Defendant.       )    **JURY DEMAND**
                                         )
                                         )

## SUMMONS

TO DEFENDANT:

    **GARLOCK SEALING TECHNOLOGIES, L.L.C.,** c/o C T Corporation System,

225 Hillsborough Street, Raleigh, NC 27603.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-12-07_

                      Debra P. Hackett, Clerk

                      By

                      Deputy Clerk

                      Clerk, U.S. District Court
                      Middle District of Alabama
                      One Church Street
                      Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI In the deIendInt'Vdwe©Ong hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
                     Plaintiffs,          )          **CIVIL ACTION NO.**
vs.                                       )
                                          )          $2:07$ CV-1064
**ALBANY INTERNATIONAL, et al,,**         )                      WKW
                                          )          **JURY DEMAND**
                     Defendants.          )
                                          )

## SUMMONS

**TO DEFENDANT: GEORGIA PACIFIC CORPORATION,** c/o Its Registered Agent,

C.T. Corporation Systems, 1201 Peachtree Street, N.E., Atlanta, GA 30361.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _____ 12-12-07

                                          Debra P. Hackett, Clerk

                                          By : _____
                                                  Deputy Clerk

                                          Clerk, U.S. District Court
                                          Middle District of Alabama
                                          One Church Street
                                          Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIaVthereRĺ Ľt the deIendĽnt' Vdwe Ŏng hRu Ve Rᵀ usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*


              _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.