AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

Martha Adams et al

V.

Albany International et al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    2:07-cv-01064-WKW-TFM

TO: (Name and address of Defendant)

Crown Holdings, Inc.
c/o Its Registered Agent
William T. Gallagher
One Crown Way
Philadelphia, PA 19154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey, Jr.
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707
Fax: 205-871-0801
Email: info@mesohelp.com

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

(By) DEPUTY CLERK

DATE    12-14-07

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL    $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                         *Signature of Server*

                                      _____

                                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                              )
                                              )
              Plaintiffs,                     )        CIVIL ACTION NO.
vs.                                           )
                                              )        2:07-CV-1064-
**ALBANY INTERNATIONAL, et al.,**             )                    WKW
                                              )        **JURY DEMAND**
              Defendant.                      )
                                              )
                                              )

## SUMMONS

TO DEFENDANT:

**GENERAL ELECTRIC COMPANY,** c/o Its Registered Agent:  C T Corporation

System, One Commercial Plaza, Hartford, CT  06103.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12-14-07

Debra P. Hackett, Clerk

By

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FFSIeVthereRI D the deIendInt' VdweOOng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                 *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**        )
                               )
          Plaintiffs,        )
vs.                           )      **CIVIL ACTION NO.**
                               )      2:07-CV-1064 WKW
**ALBANY INTERNATIONAL, et al.,**  )
                               )
          Defendant.       )      **JURY DEMAND**
                               )
                               )

## SUMMONS

TO DEFENDANT:

    **GOODYEAR TIRE AND RUBBER CO.,** c/o Its Highest Ranking Officer at

    1144 E. Market Street, Akron, Ohio  44316.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

                           Debra P. Hackett, Clerk

                           By :

                           Deputy Clerk

                           Clerk, U.S. District Court
                           Middle District of Alabama
                           One Church Street
                           Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĪ Ꭵ the deIendIt'VdweꟚng hRuⅤe R usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date              *Signature of Server*


                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | $2:07-CV-1064-$ |
| | ) | $WKW$ |
| **ALBANY INTERNATIONA, et al.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUMMONS

TO DEFENDANT:

**GOULDS PUMPS, INC.,** C/O Its Registered Agent: The Corporation Trust,

Company, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI I the deIendIt' Vdweℂℂng hRuℇ Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | $2:07-CV-1064-$ |
| | ) | $WKW$ |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

## SUMMONS

TO DEFENDANT: **GUARD LINE, INC.,** c/o Dennis Stanley, Its President, 215-217 S. Louis Street, Atlanta, GA 7551-1030.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12-14-07_

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI I1 the deIendInt' Vdweℂng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                    *Signature of Server*


                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS , et al.,** | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| **ALBANY INTERNATIONAL, et al.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

CIVIL ACTION NO.

$\underline{2:07\text{-}CV\text{-}1064\text{-}}$
$WKW$

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

**HOBART BROTHERS COMPANY,** c/o Its President, 600 W. Main Street, Troy, OH

45373.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: __12-14-07__

Debra P. Hackett, Clerk

By : _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendI ht'VdweCCing hRu'e Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                    *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **CIVIL ACTION NO.** |
| | ) | |
| **ALBANY INTERNATIONAL, et al.,** | ) | *2:07-CV-1064* |
| | ) | *WKW* |
| Defendant. | ) | **JURY DEMAND** |
| | ) | |
| | ) | |
| | ) | |

**SUMMONS**

TO DEFENDANT:

**HONEYWELL, INC.,** specifically excluding liability for NARCO, individually and as successor to **ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST ENGINEERING,** and **ALLIED CHEMICAL,** C/O REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY, 380 JACKSON STREET, SUITE 418, ST. PAUL, MN 55101.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: *12/14/07*

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIsVthereRI I1 the deIendI1t' Vdweℓℓag hRuℓe Rˉ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date              *Signature of Server*

                                     _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | 2:07-CV-1064- |
| | ) | WKW |
| **ALBANY INTERNATIONAL, et al,,** | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |
| | ) | |

<u>**SUMMONS**</u>

TO DEFENDANT:

   **IMO INDUSTRIES, INC.,** formerly **IMO DE LAVAL,** formerly

**TRANSAMERICA DE LAVAL TURBINE,** C/O Its Registered Agent: Corporation

Service Company, 11 S. 12th Street, P.O. Box 1463, Richmond, VA 23218.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

Debra P. Hackett, Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI II the deIendIIIt' VdweIIIag hRuIe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                           *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                              )
                                              )
              Plaintiffs,                     )            **CIVIL ACTION NO.**
vs.                                           )            $2:07-CV-1064-$ WKW
                                              )
**ALBANY INTERNATIONAL, et al.,**             )
                                              )            **JURY DEMAND**
              Defendant.                      )
                                              )
                                              )

<u>**SUMMONS**</u>

TO DEFENDANT:

     **INDUSTRIAL HOLDINGS, CORPORATION** f/k/a **THE CARBORUNDUM COMPANY**, a New York Corporation, c/o Its Registered Agent:  Prentice-Hall Corporation Systems, Inc., 80 State Street, Albany, NY  12207.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

                              Debra P. Hackett, Clerk

                              By :

                              Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama  36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereR̃ D̃ the deIendIh̃t' Vdwẽ Oĩng hRu'ẽ Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                 *Signature of Server*


                                                        _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | $2:07-CV-1064-$ |
| | ) | $WKW$ |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |
| | ) | |
| | ) | |

### SUMMONS

TO DEFENDANT:

**INGERSOLL-RAND COMPANY,** 180 Cherokee Street NE, Marietta, GA 30060.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: __12-14-07__

Debra P. Hackett, Clerk

By _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRI D the deIendInt'Vdwe0ng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date            *Signature of Server*

                                             *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | 2:07-CV-1064 |
| | ) | WKW |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |
| | ) | |

## SUMMONS

TO DEFENDANT:

**ITT INDUSTRIES, INC.,** c/o Its Registered Agent C T Corporation System, 111

Eighth Avenue, New York, NY 10011.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĪ Ľ1 the deIendĪht' Vdweℂℂng hRu1ℰ Ŕ-usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date              *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS , et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | 2:07-CV-1064-WKW |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | **JURY DEMAND** |
| Defendant. ) | |
| ) | |
| ) | |

### SUMMONS

TO DEFENDANT:

**JOHN CRANE f/k/a JOHN CRANE PACKING COMPANY**, a Delaware

Corporation, c/o Its Registered Agent: The Corporation Trust Center, 1201 Orange Street,

Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-14-07

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FPSIeVthereRI Dt the deIendIht'VdweIIIng hRuVe Rr usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**               )
                                         )
        Plaintiffs,      )
                                         )
vs.                                      )          CIVIL ACTION NO.
                                         )          2:07-CV-1064-
**ALBANY INTERNATIONAL, et al.,**        )          WKW
                                         )
        Defendant.        )          **JURY DEMAND**
                                         )
                                         )

## SUMMONS

TO DEFENDANT:

**KAISER GYPSUM COMPANY, INC.,** CT Corporation System, 818 West 7th Street,

Los Angeles, CA 90017.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12 /14 /07

                                      Debra P. Hackett, Clerk

                                      By : C. D.

                                      Deputy Clerk

                                      Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIεVthereRI D the deIendDnt'Vdweᴏꝅng hRuⱽε Rⁿ usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                      Date                           *Signature of Server*


                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | $2:07-CV-1064$ |
| | ) | |
| **ALBANY INTERNATIONAL, et al.,** | ) | *WKW* |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |
| | ) | |

## SUMMONS

TO DEFENDANT:

     **KELLY-MOORE PAINT COMPANY, INC.,** c/o Its President, 987 Commercial

St., San Carlos, CA 94070.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

                                  Debra P. Hackett, Clerk

                                  By :

                                  Deputy Clerk

                                  Clerk, U.S. District Court
                                  Middle District of Alabama
                                  One Church Street
                                  Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                              *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**          )
                                    )
                                    )
               Plaintiffs,          )          CIVIL ACTION NO.
                                    )
vs.                                 )          2:07-CV-1064-
                                    )               WKW
**ALBANY INTERNATIONAL, et al,,**   )
                                    )          **JURY DEMAND**
               Defendants.          )
                                    )

## SUMMONS

**TO DEFENDANT: KOPPERS INDUSTRIES,** c/o Its Highest Ranking Officer,

1750 Kopper Building, 437 7th Avenue, Pittsburg, PA 15219.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-14-07

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSI≤VthereRl Ll the deIendInt'Vdwe@lng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                    *Signature of Server*


                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                    )
                                              )
                                              )
            Plaintiffs,                       )        **CIVIL ACTION NO.**
vs.                                           )        2:07-CV-1064
                                              )        WKW
**ALBANY INTERNATIONAL, et al.,**             )
                                              )        **JURY DEMAND**
            Defendant.                        )
                                              )

**SUMMONS**

TO DEFENDANT:

**THE LINCOLN ELECTRIC COMPANY,** c/o H. Jay Elliot or Ellis F. Smolik,

22801 St. Clair Avenue, Cleveland, Ohio 44117.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

                                  Debra P. Hackett, Clerk

                                  By :

                                      Deputy Clerk

                                  Clerk, U.S. District Court
                                  Middle District of Alabama
                                  One Church Street
                                  Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

                _____
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**          )
                                    )
     Plaintiffs,          )
                                    )
vs.                                 )          CIVIL ACTION NO.
                                    )
**ALBANY INTERNATIONAL, et al.,**   )          2:07-CV-1064-
                                    )              WKW
     Defendant.          )          **JURY DEMAND**
                                    )
                                    )

## SUMMONS

TO DEFENDANT:

**MAREMOUNT CORPORATION,** c/o Its Registered Agent: The Corporation Trust

Company, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: __12-14-07__

                              Debra P. Hackett, Clerk

                              By :

                              Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSLeVthereRÍ Dı the deIendDnt'VdweⅢng hRuʋe Rʳ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the rnited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date               *Signature of Server*

                    _____
                    *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** | ) |
| | ) |
| Plaintiffs | ) **CIVIL ACTION** |
| | ) Case No. |
| vs. | ) $2:07$-CV-$1064$ |
| | ) WKW |
| **ALBANY INTERNATIONAL, et al.,** | ) |
| | ) |
| Defendants. | ) **JURY DEMAND** |

### SUMMONS

TO DEFENDANT:

**METROPOLITAN LIFE INSURANCE COMPANY**, One MetLife Plaza, 27-01

Queens Plaza North, Long Island City, New York 11101.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

Debra P. Hackett, Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  / eIt FPSLeVthereRt Lt the deIendIht'VdweCIng hRuVe Rr usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date               *Signature of Server*

                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

Martha Adams et al

## SUMMONS IN A CIVIL ACTION

V.

Albany International et al

CASE NUMBER:   2:07-cv-01064-WKW-TFM

TO: (Name and address of Defendant)

Mobil Oil
c/o Highest Ranking Officer
5959 Law Colinas Blvd
Irving, TX 75039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey, Jr.
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707
Fax: 205-871-0801
Email: info@mesohelp.com

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

12-14-07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                              Date                                  *Signature of Server*


                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | 2:07-CV-1064-WKW |
| | ) | |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

### SUMMONS

TO DEFENDANT: **NATIONAL SERVICE INDUSTRIES,** f/k/a **NORTH BROTHERS COMPANY,** 5600 Roswell Road, N.E., Suite 390N, Atlanta, GA 30067.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIaVthereRI Iɪ the deIendIht'VdweꞲꝒng hRuꞚe Rⁿusual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the ᵣnited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                        *Signature of Server*


                                  _____
                                      *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**              )
                                        )
                                        )
                   Plaintiffs,          )          CIVIL ACTION NO.
vs.                                     )          2:07-CV-1064
                                        )                        WKW
**ALBANY INTERNATIONAL, et al,,**       )
                                        )          **JURY DEMAND**
                   Defendants.          )
                                        )
                                        )

## SUMMONS

TO DEFENDANT:

**OGLEBAY NORTON COMPANY,** North Point Tower, 1001

Lakeside Avenue, 15th Floor, Cleveland, Ohio, 44114.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12 /14 /07

                            Debra P. Hackett, Clerk

                            By :

                               Deputy Clerk

                               Clerk, U.S. District Court
                               Middle District of Alabama
                               One Church Street
                               Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendInt'Vdweffng hRu'e Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                    *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**

                Plaintiffs,

vs.

**ALBANY INTERNATIONAL, et al.,**

                Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.

2:07-CV-1064 WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

    **OWENS-ILLINOIS, INC.,** an Ohio Corporation, c/o its registered agent: The

Corporation Trust Co., Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

                             Debra P. Hackett, Clerk

                             By :

                             Deputy Clerk

                             Clerk, U.S. District Court
                             Middle District of Alabama
                             One Church Street
                             Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRl D the deIendIht' VdweCng hRuVe R usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                   *Signature of Server*

                                                  _____
                                                  *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**           )
                                      )
                                      )
            Plaintiffs,               )          **CIVIL ACTION NO.**
                                      )
vs.                                   )          2:07-CV-1064
                                      )
**ALBANY INTERNATIONAL, et al,,**     )          **JURY DEMAND** WKW
                                      )
            Defendants.               )
                                      )

## SUMMONS

**TO DEFENDANT:   P&H CRANES**, 4400 W. National Avenue, Milwaukee,

Wisconsin 53201.

        You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

                                        Debra P. Hackett, Clerk

                                        By : _____

                                              Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIEVthereRI D the deIendIht'Vdweℂlng hRuℝe Rᵣ usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                     *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS, et al.,**                    )
                                             )
        Plaintiffs,                         )
                                             )
vs.                                          )
                                             )    CIVIL ACTION NO.
**ALBANY INTERNATIONAL, et al,,**            )    2:07-CV-1064
                                             )    WKW
                                             )
        Defendants.                         )    **JURY DEMAND**
                                             )
                                             )

## SUMMONS

TO DEFENDANT:

    **PNEUMO ABEX LLC,** successor in interest to **ABEX CORPORATION**, ,

successor in interest to **ABEX CORPORATION**, highest ranking officer at 3rd Street and

Jefferson Avenue, Camden, NJ  08104.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

                               Debra P. Hackett, Clerk

                               By : Will C. D

                               Deputy Clerk

                               Clerk, U.S. District Court
                               Middle District of Alabama
                               One Church Street
                               Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendInt'Vdweᴏᴏng hRuᵥe Rʳ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date            *Signature of Server*

                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MARTHA ADAMS , et al.,**                        )
                                                  )
                                                  )
                  Plaintiffs,                     )        **CIVIL ACTION NO.**
vs.                                               )        $2:07-CV-1064$
                                                  )                        $WKW$
**ALBANY INTERNATIONAL, et al.,**                 )
                                                  )        **JURY DEMAND**
                  Defendant.                      )
                                                  )

## SUMMONS

TO DEFENDANT:

   **Rapid American Corporation,**   C/O Its Registered Agent for Service of Process: The

Prentice Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE

19808.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12-14-07_

                                        Debra P. Hackett, Clerk

                                        By :

                                        Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Ðt the deIendIht'VdweⅢng hRuⅤe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                              Date                          *Signature of Server*


                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**            )
                                      )
                                      )
              Plaintiffs,             )
                                      )       **CIVIL ACTION NO.**
vs.                                   )
                                      )       2:07-CV-1064-
**ALBANY INTERNATIONAL, et al,,**     )              WKW
                                      )       **JURY DEMAND**
              Defendants.             )
                                      )

**SUMMONS**

**TO DEFENDANT: RILEY INC. f/k/a BABCOCK BORSIG POWER INC.,**

**a/k/a RILEY STOKER CORPORATION,** c/o Its Registered Agent: C.T. Corporation

System, 5 Neponset Street, Worcester, MA  01606-1400.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

Debra P. Hackett, Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Iї the delendInt'Vdweἀtlng hRuʹVe Rˉ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
          Date        *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS , et al.,** )<br><br>)<br><br>)<br>Plaintiffs,  )<br>vs.  )<br><br>)<br>**ALBANY INTERNATIONAL, et al,,** )<br><br>)<br>Defendants.  ·  )<br><br>) | **CIVIL ACTION NO.**<br><br>2:07-CV-1064-WKW<br><br>**JURY DEMAND** |

## SUMMONS

**TO DEFENDANT: ROCKBESTOS-SURPRENANT CABLE CORPORATION,**

**F/K/A THE ROCKBESTOS COMPANY,** c/o Its Highest Ranking Officer at 172 Sterling

Street, Clinton, Massachusetts 01510.

c/o Prentice Hall Corporation System, 150 Perry Street, Montgomery, Al 36104.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

Debra P. Hackett, Clerk

By _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                    *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**            )
                                      )
                                      )
            Plaintiffs,               )          **CIVIL ACTION NO.**
vs.                                   )          2:07-CV-1064
                                      )              WKW
**ALBANY INTERNATIONAL, et al,,**     )
                                      )          **JURY DEMAND**
            Defendants.               )
                                      )

## SUMMONS

**TO DEFENDANT: ROCKWELL AUTOMATION,** successor by merger to

**ALLEN-BRADLEY CO. , LLC,** c/o Its President, 1201 S. 2nd Street, Milwaukee,

Wisconsin 53204.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12/14/07_

                            Debra P. Hackett, Clerk

                            By : _____

                                    Deputy Clerk

                            Clerk, U.S. District Court
                            Middle District of Alabama
                            One Church Street
                            Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendIDnt'Vdweolng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                          *Signature of Server*


                                                         _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                 )
                                           )
                                           )
                Plaintiffs,                )           CIVIL ACTION NO.
vs.                                        )           2:07-CV-1064-
                                           )                WKW
**ALBANY INTERNATIONAL, et al,,**          )
                                           )           **JURY DEMAND**
                Defendants.                )
                                           )

## SUMMONS

**TO DEFENDANT: SCHNEIDER ELECTRIC INDUSTRIES, S.A.S. NORTH**

**AMERICAN DIVISION,** c/o Its President, 1415 South Roselle Road, Palatine, IL  60067.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

Debra P. Hackett, Clerk

By :_____
       Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI Ib the deIendIht' VdweWliag hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date              *Signature of Server*

                           _____
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
              Plaintiffs,                 )           **CIVIL ACTION NO.**
vs.                                       )           2:07-CV-1064-
                                          )                       WKW
**ALBANY INTERNATIONAL, et al,,**         )
                                          )           **JURY DEMAND**
              Defendants.                 )
                                          )

## SUMMONS

**TO DEFENDANT: SEPCO CORPORATION**, P.O. Box 860, Valley Forge, PA

19482.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

                                    Debra P. Hackett, Clerk

                                    By :

                                        Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
| --- | --- |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRĪ Iꞓ the deIendIꞓt'VdweꞒꞒng hRuVe Rꞏ usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | 2:07-CV-1064- |
| | ) | WKW |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| ·Defendants. | ) | **JURY DEMAND** |

### SUMMONS

TO DEFENDANT:

**SQUARE D COMPANY,** c/o Its Registered Agent, CT Corporation Systems

208 South LaSalle Street, Suite 814, Chicago, IL 60067.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-14-07

Debra P. Hackett, Clerk
By :
Deputy Clerk
Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendInt' Vdwe℃ng hRuVe Rꞏ usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the rꞏnited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                       *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS , et al.,                 )
                                       )
            Plaintiffs,                )
vs.                                    )            CIVIL ACTION NO.
                                       )
ALBANY INTERNATIONAL, et al,,          )            2:07-CV-1064
                                       )                    WKW
            Defendants.                )            JURY DEMAND
                                       )
                                       )

## SUMMONS

TO DEFENDANT:

SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM

CORPORATION, c/o Its Registered Agent: The Corporation Trust Company,

Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One

Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  / eIt FRSIeVthereRI D the deIendInt'VdweCng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        Date                                      *Signature of Server*

                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**            )
                                      )
    Plaintiffs,  )
                                      )
vs.                                   )       **CIVIL ACTION NO.**
                                      )       $2:07-CV-1064-$ WKW
**ALBANY INTERNATIONAL, et al,,**     )
                                      )
    Defendants.  )       **JURY DEMAND**
                                      )
                                      )
                                      )

## SUMMONS

TO DEFENDANT:

    **SURFACE COMBUSTION,** 1700 Indian Wood Circle, Maumee, Ohio 43537.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _12-14-07_

                              Debra P. Hackett, Clerk

                              By:

                              Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendInt' Vdwe@Dng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                         Date                          *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
            Plaintiffs,                   )         **CIVIL ACTION NO.**
vs.                                       )         2:07-CV-1064-
                                          )                  WKW
**ALBANY INTERNATIONAL, et al.,**         )
                                          )         **JURY DEMAND**
            Defendant.                    )
                                          )

## SUMMONS

TO DEFENDANT: **TH Agriculture & Nutrition, LLC**    c/o Its Registered Agent for

Service: Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE

19808.

        You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

                                          Debra P. Hackett, Clerk

                                          By: _____

                                                Deputy Clerk

                                          Clerk, U.S. District Court
                                          Middle District of Alabama
                                          One Church Street
                                          Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI I1 the deIendInt'Vdwe0lng hRuVe R‥usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | 2:07-CV-1064 |
| | ) | WKW |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

### SUMMONS

TO DEFENDANT: **THE MARLEY-WYLAIN COMPANY**, D/B/A **WEIL-MCLAIN,** 500 Blaine Street, Michigan City, IN 46360-2388.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

Debra P. Hackett, Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRï ᴅ the deIendᴅnt' Vdweᴄᴏng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date            *Signature of Server*

                            _____
                            *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | **CIVIL ACTION** |
| | ) | Case No. |
| vs. | ) | 2:07-CV-1064-WKW |
| | ) | |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

### SUMMONS

TO DEFENDANT:  **THIEM CORPORATION**, Individually and as successor, by merger

to **UNIVERSAL REFRACTORIES CORPORATION,** 450 Marquette, Oak Creek, WI 53154.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE:  12/14/07

Debra P. Hackett, Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRÍ Ib the deIendIht'VdweÜng hRuVe Rʳ usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the rnited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

                                        *Signature of Server*

                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of    _____ ALABAMA _____

Martha Adams et al

**SUMMONS IN A CIVIL ACTION**

V.

Albany International et al

CASE NUMBER:   2:07-cv-01064-WKW-TFM

TO: (Name and address of Defendant)

USX Corporation
c/o Its Highest Ranking Officer
600 Grant Street
Pittsburg, PA 15219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey, Jr.
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707
Fax: 205-871-0801
Email: info@mesohelp.com

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

12-14-07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS , et al.,                )
                                      )
                                      )
          Plaintiffs,                 )          CIVIL ACTION NO.
vs.                                   )          2:07-CV-1064-
                                      )                    WKW
ALBANY INTERNATIONAL, et al.,         )
                                      )          JURY DEMAND
          Defendant.                  )
                                      )

## SUMMONS

TO DEFENDANT:

   **UNION CARBIDE CORPORATION,** c/o The Corporation Company, 30600

Telegraph Road, Bingham Farms, MI 48025.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

                              Debra P. Hackett, Clerk

                              By : _____

                                   Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIeVthereRI Dt the deIendInt' Vdwe@ng hRu'e Rr usual place of abode with a person of suitable age and
    discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                         *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS , et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) |
| **COMPANY, a division of A.O. SMITH** | ) |
| **CORPORATION, et al,,** | ) |
| | ) |
| Defendants. | ) |

**CIVIL ACTION NO.**

2:07-CV-1064-WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

**UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.**, c/o Its

President Joseph P. Flannery, 70 Great Hill Road, Naugatuck, CT 06770

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE:  _12-14-07_

Debra P. Hackett, Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / elt FRSleVthereRI D the deIendDnt'VdweCDhg hRuVe R usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA _____

Martha Adams et al

**SUMMONS IN A CIVIL ACTION**

V.

Albany International et al

CASE NUMBER:   2:07-cv-01064-WKW-TFM

TO: (Name and address of Defendant)

United States Steel Corporation
c/o Its Highest Ranking Officer
600 Grant Street
Pittsburg, PA 15219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey, Jr.
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707
Fax: 205-871-0801
Email: info@mesohelp.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____    12/14/07
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                                Date                          *Signature of Server*


                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**MARTHA ADAMS , et al.,**                )
                                          )
                                          )
            Plaintiffs,                   )          CIVIL ACTION NO.
vs.                                       )          2:07-CV-1064
                                          )               WKW
**ALBANY INTERNATIONAL, et al,,**         )
                                          )          **JURY DEMAND**
            Defendants.                   )
                                          )

## SUMMONS

**TO DEFENDANT: VIACOM INC.**, successor by merger to **CBS Corporation**

f/k/a **Westinghouse Electric Corporation**, Westinghouse Building, Gateway Center, 11

Stanwix Street, Pittsburgh, PA 15222.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _12-14-07_

Debra P. Hackett, Clerk

By :_____
        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  / eIt FRSIeVthereRI D the deIendInt'Vdwe©ng hRuVe R usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                      *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS , et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | $2:07-CV-1064-$ |
| | ) | $WKW$ |
| **ALBANY INTERNATIONAL, et al,,** | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |
| | ) | |

## SUMMONS

**TO DEFENDANT: WARREN PUMPS, INC.,** 82 Bridges Avenue, Warren, PA

01803-0969.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___12-14-07___

Debra P. Hackett, Clerk

By : _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIaVthereRI D the deIendDht'Vdwe00ng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                        *Signature of Server*


                                              _____
                                              *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS , et al.,                    )
                                          )
            Plaintiffs                    )        CIVIL ACTION
                                          )        Case No.
vs.                                       )        2:07-CV-1064-
                                          )              WKW
ALBANY INTERNATIONAL, et al.,             )
                                          )
            Defendants.                   )        JURY DEMAND

SUMMONS

TO DEFENDANT: ZURN INDUSTRIES, INC., c/o Its Registered Agent, C T

Corporation, 350 N. St. Paul Street, Dallas, TX 75201.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One

Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

                                    Debra P. Hackett, Clerk

                                    By :

                                          Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama 36104

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ / eIt FRSIaVthereRI IT the deIendInt' Vdwelling hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   *Date*                         *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.