| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Holly Frost_  ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery<br>DEC 14 2007 |
| 1. Article Addressed to:<br><br>Garlock Sealing Technologies, LLC<br>c/o CT Corporation System<br>225 Hillsborough Street<br>Raleigh, NC 27603<br><br>07cv1064 STC | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3354 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540