## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   American Standard Inc
   c/o C.T. Corporation System
   1201 Peachtree Street NE
   Atlanta, GA 30361

   07cv1064 STC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ricky Roland
C. Date of Delivery: 12/14/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No

DEC 14

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3507

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FMC Corporation
   c/o C.T. Corporation Systems
   1201 Peachtree Street, NE
   Atlanta, GA 30301

   07cv1064 STC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ricky Roland
C. Date of Delivery: 12/14/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

DEC 14

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3392

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Georgia-Pacific Corporation
   c/o Its Registered Agent
   CT Corporation Systems
   1201 Peachtree Street, NE
   Atlanta, GA 30361

   07cv1064 STC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ricky Roland
C. Date of Delivery: 12/14/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

DEC 14

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 4516

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540