| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kim Monnin_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Kim Monnin  12-17-07 |
| 1. Article Addressed to:<br><br>Hobart Brothers Company<br>c/o Its President<br>600 W. Main Street<br>Troy, OH 45373<br><br>07cv1064 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>Same<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3323 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540