Ms. Debra P. H[...]
Clerk of Court
U.S. District C[...]
P.O. Box 711
Montgomery, AL 36101-0711

**CERTIFIED MAIL**

7003 3110 0004 0800 3194

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Service Industries

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

07cv1064

☐ Express Mail
☑ Return Receipt for Merchandise
☐ C.O.D.
y? (Extra Fee)   ☐ Yes

3194

PS Form 3811, August 2001    102595-02-M-1540

NATIONAL SERVICE INDUSTRIES, f/k/a
NORTH BROTHERS COMPANY



RECEIVED
2007 DEC 19 A 9 35
DEBRA P. HACKETT [...]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

HASLER
12/06/2007
$7.47⁰
Mailed From 35209
US POSTAGE

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** ) | |
| ) | |
| Plaintiffs ) | **CIVIL ACTION** |
| ) | Case No. |
| vs. ) | 2:07-CV-1064- |
| ) | WKW |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | |
| Defendants. ) | **JURY DEMAND** |

## SUMMONS

TO DEFENDANT: **NATIONAL SERVICE INDUSTRIES, f/k/a NORTH BROTHERS COMPANY,** 5600 Roswell Road, N.E., Suite 390N, Atlanta, GA 30067.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/14/07

Debra P. Hackett, Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ eIt FRSIe VthereRI D the deIendDnt' VdweQng hRu\e Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
               Date                    Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.