| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott Schreves_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Scott Schreves   C. Date of Delivery: 12-17-07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>The Marley-Wylain Company, d/b/a Weil McLain Company, Inc.<br>500 Blaine Street<br>Michigan City, IN 46360-2388<br><br>07cv1064 STC | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7003 3110 0004 0800 3187 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |