| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☑ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>Tina Krasner |
| 1. Article Addressed to:<br><br>Exteco Inc.<br>f/k/a Thermo Electric Co<br>c/o Its Highest Ranking Officer<br>109 North Fifth Street<br>Saddle Brook, NJ 07663<br><br>07cv 1064 STC | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 3110 0004 0799 4523 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540