| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B: Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Clark-Reliance Corporation<br>c/o Mr. Dennis L. Pesek<br>16633 Foltz Industrial parkway<br>Strongsville, OH 44136<br><br>07cv1064 S&C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes | |
| Article Number<br>(transfer from service label) | 7003 3110 0004 0800 3439 | |
| m 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |