| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _D Byrd_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  12/18/07 |
| 1. Article Addressed to:<br><br>Asten Johnson, Inc.<br>4399 Corporate Road<br>Charleston, SC 29405<br><br>07cv1064 STC | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3491 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540