| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *J. Colvin*  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  J. Colvin  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Goodyear Tire & Rubber Co<br>c/o Its Highest Ranking Officer<br>1144 E. Market Street<br>Akron, Ohio  44316<br><br>07cv1064  S&C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3361 |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |