| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): E. WH. ITAKER<br>C. Date of Delivery: 12-17-07<br>D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Oglebay Norton Company<br>North Point Tower<br>1001 Lakeside Avenue, 15th Floor<br>Cleveland, OH 44114<br><br>07cv1064 S+C | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0799 1164 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540