**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln Electric Company
c/o H. Jay Elliot or Ellis F. Smolik
22801 St. Clair Avenue
Cleveland, OH 44117

*07cv1064  S+C*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Denis Maletic_     ☑ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
_Denis Maletic_     12/18/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
   (*Transfer from service label*)     7003 3110 0004 0800 3071

PS Form **3811**, August 2001     Domestic Return Receipt     102595-02-M-1540