| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): J. M5782<br>C. Date of Delivery: 12-18-07 |
| 1. Article Addressed to:<br><br>Warren Pumps, Inc.<br>82 Bridges Avenue<br>Warren, Pennsylvania 01083-0969<br><br>07cv1064 S+C | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0799 4424 |
| PS Form 3811, August 2001 | Domestic Return Receipt     102595-02-M-1540 |