CT
a Wolters Kluwer business

CT
1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

RECEIVED

2007 DEC 21  A 11: 55

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

December 17, 2007

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza,
Suite 612,
Birmingham, AL 35209

Re: Martha Adams, etc., et al., Pltfs. vs. Albany International, et al. including Flame Refractories, Inc., Dfts.

Case No. 2:07-CV-1064-WKW

Dear Sir:

We are returning the Summons, Complaint which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of FL on 04/28/2003. Service can no longer be taken for this entity.

Very truly yours,

Ingrid Thornhill
Process Specialist

Log# 512892550

cc: Debra P. Hackett, Clerk
    U.S. District Court,
    Middle District of Alabama,
    One Church Street,
    Montgomery, AL 36104