| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _{signature}_  ☑ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>A. Odegar                          12-19-07 |
| 1. Article Addressed to:<br><br>Mobile Oil<br>c/o Its Highest Ranking Officer<br>5959 Law Colinas Blvd.<br>Irving, Texas 75039<br><br>07cv1064 STC | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below:  ☐ No<br>EXXON MOBIL CORPORATION<br>P. O. BOX 2180<br>800 BELL, RM. 1503<br>HOUSTON, TEXAS 77252-2180<br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0004 0799 4493 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540