| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Carmen McK* ☐ Agent ☐ Addressee |
| | B. Received by (*Printed Name*)   C. Date of Delivery<br>DEC 17 2007 |
| 1. Article Addressed to:<br><br>Cleaver Brooks, a division of<br>Aqua-Chem<br>11950 West Lake Park Drive<br>Milwaukee, WI 53224<br><br>07cv1064 S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7003 3110 0004 0800 3040 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540