| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Karen M. Hudson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DEC 17 2007 |
| 1. Article Addressed to:<br><br>Crane Pumps Systems<br>420 Third Street<br>Piqua, OH 45356<br><br>07-1064 S&C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7003 3110 0004 0799 1201 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540