## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Wilmington, DE 19801

Anchor Packing Company
c/o Its Registered Agent for Service
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 1171

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

BP America
c/o Registered Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7003 3110 0004 0799 1225

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Certainteed Corporation
c/o Its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service lab): 7003 3110 0004 0799 4370

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sukosta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Conwed Corporation
315 Park Avenue South, 20th Floor
New York, New York 10010

07cv1064 S+C

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 1249

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sukosta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Cutler Hammer Inc.
Currently Referred to as Eaton Electrical Inc.
c/o The Corporation Trust Co
1209 Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 8958

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sukosta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Eaton Corporation
c/o Its Agent for Service
The Corporation Trust Co
1209 Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 4530

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sebesta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Foseco, Inc.
c/o The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3385

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sebesta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Goulds Pumps, Inc.
c/o Its Registered Agent:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

07cv1064 S+C

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3330

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sebesta_ ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

07-1064 S+C

John Crane
c/o Its Registered Agent:
The Corporation Trust Center
1201 Orange Street
Wilmington, DE 19801

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3286

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   07cv1064 S+C

   Maremont Corporation
   c/o Its Registered Agent:
   The Corporation Trust company
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature: Scott Dakota]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: DEC 18 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3088

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Owens-Illinois, Inc., an Ohio Corporation
   c/o its registered agent:
   The Corporation Trust Co.
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

   07cv1064 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature: Scott Dakota]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: DEC 18 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3248

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sunbeam Products Inc
   f/k/a Sunbeam Corporation
   c/o Its Registered Agent:
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

   07cv1064 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature: Scott Dakota]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: DEC 18 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 3217

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540