| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation Company  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  DEC 18 2007 |
| 1. Article Addressed to:<br><br>Union Carbide Corporation<br>c/o The Corporation Company<br>30600 Telegraph Road<br>Bingham Farms, MI 48025<br><br>07cv1064 S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3255 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |