| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Christine Olud_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): Christine Olud  C. Date of Delivery: 12/19/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Honeywell, Inc. specifically excluding liability NARCO<br>c/o Corporation Service Co.<br>380 Jackson Street, Suite 700<br>St. Paul, MN 55101<br><br>07cv1064 S+C | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0800 3316 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540