| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Nash    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery  12-7-9 |
| 1. Article Addressed to:<br><br>IMO Industries<br>c/o Its Registered Agent:<br>Corporation Service Company<br>11 S. 12th Street<br>Richmond, VA 23218<br><br>07cv1064 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 1188 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |