| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nicholas Gigarjig* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Riley Stoker Inc.,<br>f/k/a Babcock Borsig Power Inc<br>c/o Its Registered Agent:<br>CT Corporation System<br>5 Neponset Street<br>Worcester, MA 01606-1400<br><br>07cv1064 S&C | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>[WORCESTER MA M.O.W.S. DEC 19 2007 postmark]<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 4486 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |