Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

CERTIFIED MAIL

7003 3110 0004 0799 4479



ROCKBESTOS-SURPRENANT CABLE CORPORATION, f/k/a THE ROCKBESTOS COMPANY
172 Sterling Street
Clinton, Massachusetts 01510

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| vs. ) | 2:07-CV-1064 |
| ) | |
| **ALBANY INTERNATIONAL, et al,,** ) | **JURY DEMAND**  WKW |
| ) | |
| Defendants. ) | |

## SUMMONS

**TO DEFENDANT: ROCKBESTOS-SURPRENANT CABLE CORPORATION, F/K/A THE ROCKBESTOS COMPANY,** c/o Its Highest Ranking Officer at 172 Sterling Street, Clinton, Massachusetts 01510.

c/o Prentice Hall Corporation System, 150 Perry Street, Montgomery, Al 36104.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-14-07

Debra P. Hackett, Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

⹀AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI It the delendInt'VdweⒸhg bRuⅤe Rr usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.