IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO.:  2:07-CV-01064-WKW-TFM ) |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) ) |
|     Defendants. | ) |

**MOBIL CORPORATION, PARENT OF MOBIL OIL CORPORATION ERRONEOUSLY REFERRED TO AS MOBIL OIL'S DISCLOSURE STATEMENT**

    NOW COMES Defendant Mobil Corporation, Parent of Mobil Oil Corporation, erroneously referred to as Mobil Oil, by and through its attorneys of record, and pursuant to Federal Rules of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

    1.    Whether the named Defendant has a parent company, and if so, what company.

**Mobil Corporation, Parent of Mobil Oil Corporation**

    2.    Whether the named defendant has publicly traded stock.

**Yes.**

    3.    Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

**ExxonMobil Corporation**.

        Respectfully submitted,

        s/ Chadwick L. Shook
        Bar Number: ASB-6452-S80C
        Attorney for Defendant, Mobil Corporation,
        Parent of Mobil Oil Corporation, erroneously referred
        to as Mobil Oil

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, & SWETMAN, LTD.
Post Office Drawer 750
Hattiesburg, MS  39401
Telephone:  (601) 583-2671
Facsimile:  (601) 583-2677
Electronic: cshook@aultmantyner.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel fo record in this case.

        s/ Chadwick L. Shook