IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, ET AL.                                        PLAINTIFFS

V.                         CIVIL ACTION NO.:2:07-CV-01064-WKW-TFM

ASBESTOS DEFENDANTS:

ALBANY INTERNATIONAL, ET AL.                                DEFENDANTS

## ENTRY OF APPEARANCE

    COMES NOW the undersigned, Chadwick L. Shook, Esq. and enters his appearance as counsel of record for the Defendant, Exteco, Inc. f/k/a The Thermo Electric Company, Inc. in the above-styled and numbered cause.

    DONE this the 27th day of December, 2007.

                                                          s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN & SWETMAN, LTD.
Post Office Drawer 750
Hattiesburg, Mississippi 39403-0750
Telephone: (601) 583-2671
Facsimile:  (601) 583-2677
Electronic:  cshoook@aultmantyner.com

## CERTIFICATE OF SERVICE

    I, Chadwick L. Shook, do hereby certify that I have on this 27th day of December, 2007 day served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                                          s/ Chadwick L. Shook