IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, ET AL., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:07-CV-01064-WKW-TFM |
| | ) | |
| ASBESTOS DEFENDANTS: | ) | |
| ALBANY INTERNATIONAL, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**EXTECO, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 7.1 of the *Federal Rules of Civil Procedure*, Exteco, Inc. states as follows, to-wit:

The Defendant is Exteco, Inc. f/k/a Thermo Electric Co., Inc. Exteco, Inc. is not a publicly traded company nor does any publicly held corporation hold 10% or more if its stock.

Respectfully submitted,

EXTECO, INC.
Defendant

s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

## CERTIFICATE OF SERVICE

      I, Chadwick L. Shook, do hereby certify that I have this 27th day of December, 2007 served a copy of the above and foregoing by electronic means via the CM/ECF system.

                                    s/ Chadwick L. Shook