IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-01064-WKW-TFM |
| ) | |
| ASBESTOS DEFENDANTS: ) | |
| ALBANY INTERNATIONAL, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

**THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC. CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 7.1 of the *Federal Rules of Civil Procedure*, The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. states as follows, to-wit:

The Defendant is The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. is not a publicly traded company. It is wholly owned by SPX Corporation, which is a publicly traded company.

        Respectfully submitted,

        THE MARLEY-WYLAIN COMPANY
        D/B/A WEIL-MCLAIN COMPANY, INC.

        Defendant


        BY:  s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

## **CERTIFICATE OF SERVICE**

      I, Chadwick L. Shook, do hereby certify that I have this 27th day of December, 2007 served a copy of the above and foregoing by electronic means via the CM/ECF system.

                                                                                    s/ Chadwick L. Shook