IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, ET AL.                                              PLAINTIFFS

V.                          CIVIL ACTION NO.:2:07-CV-01064-WKW-TFM

ASBESTOS DEFENDANTS:

ALBANY INTERNATIONAL, ET AL.                                     DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW the undersigned, Chadwick L. Shook, Esq. and enters his appearance as counsel of record for the Defendant, Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. in the above-styled and numbered cause.

DONE this the 28th day of December, 2007.

                                                    s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN & SWETMAN, LTD.
Post Office Drawer 750
Hattiesburg, Mississippi 39403-0750
Telephone: (601) 583-2671
Facsimile:  (601) 583-2677
Electronic:  cshoook@aultmantyner.com

## CERTIFICATE OF SERVICE

I, Chadwick L. Shook, do hereby certify that I have on this 28th day of December, 2007 day served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                                    s/ Chadwick L. Shook