IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, ET AL.,            ) | |
| )| |
| PLAINTIFFS,              ) | |
| ) | |
| v.                                                        ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-01064-WKW-TFM |
| ) | |
| ASBESTOS DEFENDANTS:          ) | |
| ALBANY INTERNATIONAL, ET AL.  ) | |
| ) | |
| DEFENDANTS                ) | |

**BORG WARNER CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 7.1 of the *Federal Rules of Civil Procedure*, Borg Warner Corporation states as follows, to-wit:

The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

Respectfully submitted,

BORG WARNER CORPORATION,
Defendant

s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE: 601-583-2671
FACSIMILE: 601-583-2677
E-MAIL: CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have on this 28th day of December, 2007 day served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

s/ Chadwick L. Shook