IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:07-cv-01064-WKW-TFM |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

**NOTICE BY BONDEX INTERNATIONAL, INC.
OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 7.5 provides:

> Any party of counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 7.4 (a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rules 7.5(c) and 7.3.

*Dated:   December 28, 2007.*

        /s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
***Attorneys for Bondex International, Inc..***

OF COUNSEL:

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
P. O. Drawer 2568
Mobile, AL 3665-2568
Telephone:    (251) 432-9772
Facsimile:    (251) 432-9781
Email:    gredditt@vickersriis.com
              tclarke@vickersriis.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

     I further certify that the original of the Notice of Tag-Along Action and copy of the Complaint have been sent via overnight mail to:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C.  20002-8004

        /s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR.