**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK
TELEPHONE (334) 954-3600

January 2, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Adams et al v. Albany International et al

**Case Number:** 2:07cv01064-WKW

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF document previously attached to include a certificate of service.**

**The corrected PDF document is attached to this notice for your review. Reference is made to document # 79 filed on December 28, 2007.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, ET AL., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:07-CV-01064-WKW-TFM |
| | ) | |
| ASBESTOS DEFENDANTS: | ) | |
| ALBANY INTERNATIONAL, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**BORG WARNER CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 7.1 of the *Federal Rules of Civil Procedure*, Borg Warner Corporation states as follows, to-wit:

The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

Respectfully submitted,

BORG WARNER CORPORATION,
Defendant

s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have on this 28th day of December, 2007 day served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

s/ Chadwick L. Shook