# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION CASE NO.: |
| | ) |
| | ) |
| ALBANY INTERNATIONAL, et al. ) | 2:07-CV-1064-WKW |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bechtel Construction Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

**X** The following entities and their relationship to the party are hereby reported:

| Reportable Entity: | Relationship to Party: |
|---|---|
| Bechtel Construction Operations Incorporated (BCOI) | Parent Corporation |
| Bechtel Corporation | Affiliate (100% owner of BCOI) |
| Becon Construction Company, Inc. | Affiliate – 100% owned by BCOI |

823844-1

        s/James A. Harris, III
        James A. Harris, III
        Bar Id # ASB-0683-R74J
        Nicole M. Hardee
        Bar Id# ASB-0073-P71G
        2501 20th Place South
        Suite 450
        Birmingham, AL  35209
        FAX:  (205) 871-0029
        TEL:  (205) 871-5777
        Email: jamey@harris-harris.com
        Email: nicole@harris-harris.com

OF COUNSEL:

Harris & Harris, LLP         Attorneys for Bechtel

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of January, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/James A. Harris, III
        OF COUNSEL

823844-1