# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, as Spouse and Personal Representative of CHARLES ADAMS, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ALBANY INTERNATIONAL CORP., et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 2:07-cv-1064-WKW-TFM<br>)<br>)<br>)<br>) |

## DEFENDANT ALBANY INTERNATIONAL'S DISCLOSURE STATEMENT

COMES NOW the defendant, Albany International Corporation, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

　　[X]　　There are no entities to be reported.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/Keith J. Pflaum
　　　　　　　　　　　　　　　　　　　　　　Keith J. Pflaum
　　　　　　　　　　　　　　　　　　　　　　Bar Number: ASB-3002-A54K
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Albany International
　　　　　　　　　　　　　　　　　　　　　　Porterfield, Harper, Mills & Motlow, P.A.
　　　　　　　　　　　　　　　　　　　　　　22 Inverness Center Parkway, Suite 600
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 530790
　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35253-0790
　　　　　　　　　　　　　　　　　　　　　　Telephone: (205) 980-5000
　　　　　　　　　　　　　　　　　　　　　　Fax: (205) 980-5001
　　　　　　　　　　　　　　　　　　　　　　E-mail: kjp@phm-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the ___2nd___ day of ___January___, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U.S. Mail the document to all non-CM/ECF participants.

      **s/Keith J. Pflaum**
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Albany International
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com