IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 2:07-CV-01064-WKW-TFM |
| | ) | |
| ALBANY INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒ The non-governmental corporate party, <u>Asten Johnson, Inc., individually and as successor-in-interest to Asten, Inc., successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hill Manufacturing Co., in the</u> above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ the non-governmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

<u>1/2/2008</u>                                    /s/Clifton W. Jefferis
Date                                              CLIF JEFFERIS, (JEFFC7705)

                                   Counsel for:   <u>Asten Johnson, Inc., individually and</u>
                                                  <u>as successor-in-interest to Asten,</u>
                                                  <u>Inc., by way of name change to</u>
                                                  <u>Asten Group, Inc., formerly trading</u>
                                                  <u>as Asten-Hill Manufacturing Co.</u>

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, et al., | ) | |
| | ) | |
| PLAINTIFFS | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 2:07-CV-01064-WKW-TFM |
| | ) | |
| ALBANY INTERNATIONAL, et al., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and counsel of record for all defendants, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

\_\_//s//Clifton W. Jefferis_____
CLIF JEFFERIS, (JEFFC7705)