IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| ) | 2:07-cv-01064-WKW-TFM |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant Trane US, Inc. f/k/a American Standard, Inc. and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's Civil Misc. Order No. 00-3047:

The following entities are hereby reported:

Trane US, Inc. f/k/a American Standard, Inc. is wholly owned by Trane, Inc. f/k/a American Standard Companies, Inc., which is a publicly traded corporation.

/s Timothy W. Knight
Timothy W. Knight (KNI021)

/s Lucy W. Jordan
Lucy W. Jordan (JOR037)
Attorneys for Defendant Trane US, Inc. f/k/a American Standard, Inc.

**OF COUNSEL:**
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com
lj@keeselby.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January, 2008, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      /s Timothy W. Knight_____
      OF COUNSEL