IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Martha Adams, spouse and personal representative for the Estate of Charles Adams, deceased; et al. </br></br>    Plaintiffs,</br></br>v.</br></br>General Electric Company, et al.</br></br>    Defendants. | )</br>)</br>)</br>)  Civil Action No. 2:07-cv-01064-</br>)  WKW-TFM</br>)</br>)</br>)</br>)</br>)</br>) |

**General Electric Company's Joinder in Moving Defendants' Motion to Dismiss Pursuant to ARCP 12(b)(6), or in the Alternative, Motion for More Definite Statement Pursuant to ARCP 12(e)**

COMES NOW General Electric Company and joins in and adopts by incorporation the moving defendant Bondex International, Inc.'s Motion to Dismiss, or in the Alternative, Motion for More Definite Statement and Memorandum in Support Thereof filed December 28, 2007.

          Respectfully submitted,

          /s Jenelle R. Evans
          Jenelle R. Evans, ASB-2403-A35J

948986.1

S. Allen Baker, Jr.,  ASB-5990-E68S
Attorneys for Defendant, General Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
E-mail: jevans@balch.com
E-mail: abaker@balch.com

948986.1     2

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

        Respectfully submitted,
        /s Jenelle R. Evans
        Jenelle R. Evans, ASB-2403-A35J
        S. Allen Baker, Jr., ASB-5990-E68S
        Attorney for Defendant, General Electric Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5686
        E-mail: jevans@balch.com
        E-mail: abaker@balch.com