| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **Certified Mail**<br>**Received** | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>DEC 18 2007 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>ITT Industries, Inc.<br>c/o Its Registered Agent<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011<br><br>07cv1064 S+C | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>**NYSOP**<br>**CT, a Wolters Kluwer Business** | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0004 0800 3293 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |