| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott _____  ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/26/07 |
| 1. Article Addressed to:<br><br>BP America Inc.<br>c/o Registered Agent for Service of Process:<br>The Corporation Trust Company,<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801<br><br>07cv1064 Alias S&C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0800 4405 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |