| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott _____  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>DEC 2 7 2007 |
| 1. Article Addressed to:<br><br>John Crane Inc.<br>c/o Its Registered Agent:<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19807<br><br>07cv1064  Alias S + C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0004 0800 4429 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |