**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**MARTHA ADAMS spouse and personal**  **PLAINTIFFS**
**Representative for the ESTATE OF CHARLES**
**ADAMS, deceased, et al.,**

**vs.**  **CIVIL ACTION NO. 2:07-CV-01064-WKW-TFM**

**ALBANY INTERNATIONAL, et al.,**  **DEFENDANTS**

**OGLEBAY NORTON COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Oglebay Norton Company states:

1. Oglebay Norton Company is a corporation whose shares are publicly traded.

2. Oglebay Norton Company has no parent company.

THIS, 3rd day of January, 2008.

                                                    Respectfully submitted,

                                                    s/ Cyrus C. Barger, III
                                                    Cyrus C. Barger, III, AL Bar#BAR137
                                                    Counsel for Defendant,
                                                    Oglebay Norton Company

JUDE & JUDE, PLLC
6424 US Hwy 98 West, Suite 50
P.O. Box 17468
Hattiesburg, MS  39404-7468
Telephone: (601) 579-8411
Facsimile:  (601) 579-8461

## CERTIFICATE OF SERVICE

    I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

    THIS, 3rd day of January, 2008.

                                                                 s/ Cyrus C. Barger, III_____
                                                                 Cyrus C. Barger, III

F:\FILES\FEI\Al\CorporateDisclosureStatements\Adams_Charles_Corporate_Disclosure_010308.doc