IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS spouse and personal representative for the Estate of CHARLES ADAMS, deceased, et al.,** | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No.: 2:07-cv-01064-WKW-TFM ) |
| **ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL; et al.,** | ) ) ) |
| Defendants. | ) ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT SEPCO CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sepco Corporation states that it is a wholly owned subsidiary of its parent corporation, St. Gobain Performance Plastics, Inc. and, in addition, no publicly held corporation owns 10% or more of its stock.

    /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the above and foregoing pleading by electronically filing with the Court Clerk and/or placing same in the United States Mail, properly addressed and postage prepaid on this the  3rd   day of    January        , 2008.

                                          /s/Frank E. Lankford, Jr.
                                          Of Counsel