IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS spouse and personal representative for the Estate of CHARLES ADAMS, deceased, et al.,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )Civil Action No.: 2:07-cv-01064-WKW-TFM<br>) |
| **ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL; et al.,** | )<br>)<br>) |
| Defendants. | )<br>) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT JOHN CRANE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

       /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant, John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the above and foregoing pleading by electronically filing with the Court Clerk and/or placing same in the United States Mail, properly addressed and postage prepaid on this the  3rd    day of  January   , 2008.

                                    /s/Frank E. Lankford, Jr.
                                    Of Counsel