IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, ET AL.                                                                    PLAINTIFF

v.                                                                            CASE NO.: CV 2:07-1064

ALBANY INTERNATIONAL, ET AL.                                                        DEFENDANTS

### ENTRY OF APPEARANCE

COMES NOW the undersigned, Rocky W. Eaton, and enters his appearance as counsel for the following Defendants:

(1) Borg-Warner Corporation by and through its Successor in Interest, BorgWarner Morse TEC, Inc.; (2) Exteco, Inc.. f/k/a The Thermo Electric Co., Inc.; (3) Mobil Corporation, Parent of Mobil Oil Corporation, erroneously referred to as Mobil Oil; and (4) The Marley-Wylain Company d/b/a Weil-McLain Company, Inc.

By this entry of appearance, the identified Defendants specifically reserve any procedural and/or substantive rights, remedies, or defenses available to them in this cause of action by statute, rule, or other authority.

RESPECTFULLY SUBMITTED, this the 4th day of January, 2008.

                                                                   s/ Rocky W. Eaton (EAT002)

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, & SWETMAN, LTD.
315 HEMPHILL STREET
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
Telephone: 601.583.2671
Facsimile: 601.583.2677

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of January, 2008 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                                                   s/ Rocky W. Eaton (EAT002)