**CERTIFIED MAIL**

7003 3110 0004 0799 1133

Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711



☐ Undeliverable as Addressed
☐ Moved, Left No Address
☐ Unclaimed
☐ Refused
☐ Attempted, Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

AMERICAN OPTICAL CORPORATION
c/o Its Highest Ranking Officer
100 Mechanic
Southbridge, MA 01550



☐ Undeliverable as Addressed
☐ Moved, Left No Address
☒ Unclaimed
☐ Refused
☐ Attempted, Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Optical Corporation
c/o Its Highest Ranking Officer
100 Mechanic St.
Southbridge, MA 01550

07cv1064

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 1133

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

NJL
12/14/07
1819
1229

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, et al.,

           Plaintiffs,

vs.

ALBANY INTERNATIONAL, et al,,

           Defendants.

CIVIL ACTION NO.

2:07-CV-1064-WKW

JURY DEMAND

## SUMMONS

TO DEFENDANT:

    **AMERICAN OPTICAL CORPORATION**, c/o Its Highest Ranking Officer at 100 Mechanic, Southbridge, MA 01550.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12-12-07

Debra P. Hackett, Clerk
By: [signature]
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D the deIendDnt' VdweClng hRuVe Rr usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                  Signature of Server

                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.