IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| **MARTHA ADAMS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | 2:07-CV-1064-WKW-TFM |
| ) | |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT IMO INDUSTRIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Middle District of Alabama's General Order No. 3047 and Federal Rule of Civil Procedure 7.1, Defendant IMO Industries, Inc. hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other reportable entities:

1. IMO Industries, Inc. is a corporation whose shares are not publicly traded;

2. CLFX Corporation, Colfax Corporation and IMO Holdings, Inc. are the parent companies of IMO Industries, Inc.; and

3. No publicly held corporation owns 10% or more of its stock.

        **s/Frederick G. Helmsing, Jr.**
        Brian P. McCarthy
        Frederick G. Helmsing, Jr.
        MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC
        63 South Royal Street, Suite 900
        Mobile, Alabama 36602
        T: 251-432-5300
        F: 251-432-5302
        fhelmsing@mcdowellknight.com

        Attorneys for Defendant IMO Industries, Inc.

**OF COUNSEL:**

**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300
(251) 432-5303

## CERTIFICATE OF SERVICE

      This is to certify that on this 4th day of January, 2008, a true and correct copy of the foregoing was served on counsel of record for the Plaintiff by depositing a copy of same in the United States Mail, first class postage prepaid and properly addressed, to

      G. Patterson Keahey, Jr., Esq.
      Law Offices of G. Patterson Keahey, P.C.
      One Independence Plaza
      Suite 612
      Birmingham, AL  35209

and on the 4th day of January, 2008 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system.

        **s/Frederick G. Helmsing, Jr.**