THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 2:07-cv-01064-WKW-TFM |
| **P&H CRANES, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT P&H MINING'S CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, incorrectly designated as P&H Cranes and more properly identified as P&H Mining Equipment, Inc., and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

**X**     The following entities and their relationship to the party are hereby reported:

| REPORTABLE ENTITY | RELATIONSHIP TO PARTY |
|---|---|
| P&H Mining Equipment, Inc. | A wholly owned subsidiary of Joy Global, Inc., a publically traded company, is the appropriate legal entity of the Defendant designated as P&H Cranes |

                                                  Respectfully submitted,

<u>January 7, 2008</u>                          s/**William T. Mills, II**
Date                                         William T. Mills, II
                                                Attorney for P&H Mining
                                                Porterfield, Harper, Mills & Motlow, P.A.
                                                22 Inverness Center Parkway, Suite 600
                                                P.O. Box 530790
                                                Birmingham, Alabama 35253-0790
                                                Telephone:  205-980-5000
                                                Facsimile:   205-980-5001
                                                ASB-0402-L72W; MIL014
                                                E-mail:  wtm@phm-law.com

# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| **v.** ) | |
| ) | **2:07-cv-01064-WKW-TFM** |
| **P&H CRANES, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

Respectfully submitted,

**s/William T. Mills, II**
William T. Mills, II
Attorney for P&H Cranes, Harnischfeger
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, Alabama 35253-0790
Telephone: 205-980-5000
Facsimile: 205-980-5001
ASB-0402-L72W; MIL014
E-mail: wtm@phm-law.com