THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** | ) |
| Plaintiffs, | ) |
| | ) **Civil Action Number:** |
| v. | ) |
| | ) 2:07-cv-01064-WKW-TFM |
| **WARREN PUMPS, INC., et al.** | ) |
| Defendants. | ) |

### DEFENDANT WARREN PUMPS'S CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, designated as Warren Pumps, Inc., and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

**X**    The following entities and their relationship to the party are hereby reported:

| **REPORTABLE ENTITY** | **RELATIONSHIP TO PARTY** |
|---|---|
| Warren Pumps LLC | A single member Delaware LLC with Imo Industries, Inc. its only member |

| | |
|---|---|
| <u>January 7, 2008</u><br>Date | s/**William T. Mills, II**<br>William T. Mills, II<br>ASB-0402-L72W; MIL014<br>Attorney for Warren Pumps<br>PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.<br>Post Office Box 530790<br>Birmingham, Alabama 35253-0790<br>Telephone (205) 980-5000<br>Fax (205) 980-5001<br>E-mail: phm@phm-law.com |

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:07-cv-01064-WKW-TFM** |
| **WARREN PUMPS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

I hereby certify that on January 7, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

                                                          Respectfully submitted,

                                                          s/**William T. Mills, II**
                                                          William T. Mills, II
                                                          ASB-0402-L72W; MIL014
                                                          Attorney for Warren Pumps
                                                          PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                                          Post Office Box 530790
                                                          Birmingham, Alabama 35253-0790
                                                          Telephone (205) 980-5000
                                                          Fax (205) 980-5001
                                                          E-mail: phm@phm-law.com