IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** )<br>)<br>     **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ASBESTOS DEFENDANTS, et al.,** )<br>)<br>     **Defendants.** )<br>)<br>) | **Civil Action No.**<br><br>**2:07-CV-1064-WKW** |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Allis-Chalmers Corporation Product Liability Trust does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047:

There are no entities to be reported.

/s/ Haley A. Andrews
One of the Attorneys for Defendant
Allis-Chalmers Corporation Product Liability Trust

OF COUNSEL:
W. Larkin Radney IV (RADNL5271)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

And I hereby certify that I have mailed by United States Postal Service the document to the following:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
*Attorney for Plaintiffs*

        Respectfully submitted,

        /s/ Haley A. Andrews
        Of Counsel

2