IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et. al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| ) | 2:07-cv-01064-WKW-TFM |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant Hobart Brothers Company, and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's Civil Misc. Order No. 00-3047:

The following entities are hereby reported:

**Hobart Brothers Company** is a wholly owned subsidiary of Illinois Tool Works, Inc., a publicly traded company. No publicly traded company owns more than ten percent of the stock of Illinois Tool Works, Inc.

                 /s Timothy W. Knight
                 Timothy W. Knight (KNI021)

                 /s Lucy W. Jordan
                 Lucy W. Jordan (JOR037)
                 Attorneys for Defendant
                 Hobart Brothers Company

**OF COUNSEL:**
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com
       lj@keeselby.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this _7th _day of January, 2008, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

             s/ Timothy W. Knight
             OF COUNSEL