THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION CASE NO.: |
| ) | |
| ALBANY INTERNATIONAL, et al. ) | 2:07-CV-1064-WKW |
| ) | |
| Defendants. ) | |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") makes the following disclosure:

1. The parent companies of the corporation:

   CBS Corporation, a Delaware corporation.

2. Subsidiaries not wholly owned by the corporation?

   None

3. Any publicly held corporation that owns ten percent (10%) or more of the corporation?

   None

s/James A. Harris, III
James A. Harris, III
Bar Id # ASB-0683-R74J
Nicole M. Hardee
Bar Id# ASB-0073-P71G
2501 20th Place South
Suite 450
Birmingham, AL  35209
FAX:  (205) 871-0029
TEL:  (205) 871-5777
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com

- 2 -

OF COUNSEL:

Harris & Harris, LLP

Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/James A. Harris, III
OF COUNSEL