IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, personal representative of the ESTATE of MATTHEW ADAMS, deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS:<br>ALBANY INTERNATIONAL, et al.,<br><br>Defendants. | Civil Action No.:<br><br>2:07-cv-1064-WKW |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE GOODYEAR TIRE & RUBBER CO.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, The Goodyear Tire & Rubber Co., discloses that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

/s/ William L. Waudby
One of the Attorneys for Defendant,
The Goodyear Tire & Rubber Co.

Of Counsel:
William L. Waudby
BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
bwaudby@bakerdonelson.com
(205) 244-3894 – direct telephone
(205) 488-3737 – direct fax

B WLW 769324 v1
2616900-010545 1/7/2008

### Certificate of Service

I hereby certify that I have on this the 29th day of October, 2007, filed and served a copy of the foregoing on all counsel of record by electronic mail via the Court's electronic filing system.

/s/ William L. Waudby
Of Counsel