IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, personal representative of the ESTATE of MATTHEW ADAMS, deceased, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ASBESTOS DEFENDANTS: )<br>ALBANY INTERNATIONAL, et al., )<br>)<br>Defendants. ) | Civil Action No.:<br><br>2:07-cv-1064-WKW |

## CORPORATE DISCLOSURE STATEMENT OF ZURN INDUSTRIES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, Zurn Industries, LLC, formerly known as Zurn Industries, Inc., discloses that it is a non-governmental corporate entity with no parent corporation and no publicly held corporation owns ten percent or more of its stock.

/s/ William L. Waudby
One of the Attorneys for Defendant,
Zurn Industries, LLC

Of Counsel:
William L. Waudby
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, AL 35203
bwaudby@bakerdonelson.com
(205) 244-3894 – direct telephone
(205) 488-3737 – direct fax

B WLW 769318 v1
2616900-010545 1/7/2008

## Certificate of Service

    I hereby certify that I have on this the 7th day of January, 2008, filed and served a copy of the foregoing on all counsel of record by electronic mail via the Court's electronic filing system.

                                           /s/ William L. Waudby
                                           Of Counsel

B WLW 769318 v1
2616900-010545 1/7/2008