IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, et al., )
                                      )
   Plaintiffs, )
                                      )
                                      )      CIVIL ACTION NUMBER: 2:07
                                      )      CV- 01064-WKW-TFM
ALBANY INTERNATIONAL, et al., )
                                      )
   Defendants, )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Cooper Industries, LLC, formerly known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☒    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Cooper Industries, Inc., Individually and Successor in Interest to Crouse-Hinds | Name formerly known as |
| | |
| | |

    January 7, 2008                /s/ Stephen Christopher Collier
        Date                                 Counsel Signature

10359987

Stephen Christopher Collier
Counsel for (print names of all parties)

4000 SunTrust Plaza, 303 Peachtree Street
Address, City, State Zip Code

Atlanta, Georgia 30308-3243
404-614-7400
Telephone Number

10359987

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**CERTIFICATE OF SERVICE**

I, Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of January, 2008, to:

All counsel of record as provided by the CM/ECF system.

_____

_____

_____

_____

_____

January 7, 2008                                        /s/ Stephen Christopher Collier
Date                                                               Signature

10359987