**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | § § § § | MDL -875 |
| This Document Relates To: | § § § § | |

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| MARTHA ADAMS, et al., | ) ) | |
| Plaintiffs, | ) ) | 2:07 -CV-01064-WKW-TFM |
| v. | ) ) | |
| ALBANY INTERNATIONAL, et al., | ) ) | |
| Defendants, | ) ) | |

**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel of Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania,

for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 entry of the Panel's Order to Show Cause. Multidistrict Litigation Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a); or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully submitted this 7th day of January, 2008.

                                              **HAWKINS & PARNELL, LLP**

                                              */s/ Christopher Collier*

                                              S. Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Cooper Industries, LLC,
formerly known as Cooper
Industries, Inc., Individually and as
Successor In Interest to Crouse-
Hinds

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10359984                                          - 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing Notice of Tag-Along Action to Plaintiffs' counsel, G. Patterson Keahey, Jr., Esq., at his respective address, and to all other counsel of record by U.S. Mail, with proper postage affixed.

This 7th day of January, 2008.

Respectfully submitted,

HAWKINS & PARNELL, LLP

_____
S. Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Cooper Industries, LLC,
formerly known as Cooper
Industries, Inc., Individually and as
Successor In Interest to Crouse-
Hinds

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400