IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, spouse and personal
personal representative for the Estate
of CHARLES ADAMS, decased, et al.,
　　　　Plaintiffs,

vs.

ALBANY INTERNATIONAL, et al.,

　　　　Defendants.

_____/

CIVIL ACTION NO.
2:07CV01064-WKW-TFM

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cleaver Brooks, a division of Aqua-Chem, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐　　　This party is an individual, or

☐　　　This party is a governmental entity, or

☒　　　There are no entities to be reported, or

☐　　　The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

10347968v.1

January 7, 2008                          /s/ Stephen Christopher Collier
Date                                     Counsel Signature

                                         Stephen Christopher Collier
                                         Counsel for Cleaver Brooks, a division of
                                         Aqua-Chem, Inc.

                                         4000 SunTrust Plaza, 303 Peachtree Street
                                         Address, City, State Zip Code

                                         Atlanta, Georgia 30308-3243
                                         404-614-7400
                                         Telephone Number

10347968v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, spouse and personal
personal representative for the Estate
of CHARLES ADAMS, decased, et al.,
            Plaintiffs,

vs.                                                                  CIVIL ACTION NO.
                                                                     2:07CV01064-WKW-TFM

ALBANY INTERNATIONAL, et al.,

            Defendants.
_____/

### CERTIFICATE OF SERVICE

I,Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing
has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on
this 7th day of January 2008, to:

    All counsel of record as provided by the CM/ECF system.

_____

_____

_____

_____

_____

January 7 , 2007                                        /s/ Stephen Christopher Collier
            Date                                                       Signature

10347968v.1