IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| vs. | ) |
| | )   **CV NO.: 2:07-CV-1064-WKW** |
| **ALBANY INTERNATIONAL., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**RULE 7.1 CORPORATE/CONFLICT DISCLOSURE STATEMENT OF
DEFENDANTS EATON ELECTRICAL, INC. AND EATON CORPORATION**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Eaton Electrical, Inc. and Eaton Corporation hereby make the following corporate disclosure:

    [X]    No publicly-held entity holds more than 10% of Eaton Corporation's stock.

 

    Respectfully submitted by,

        s/ E. Bryan Nichols
    John A. Smyth, III
    E. Bryan Nichols
    T. Delawrence

    Attorneys for Defendants
    EATON ELECTRICAL, INC. AND
    EATON CORPORATION

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.199

01586038.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 7th day of January, 2008.

                                               s/ E. Bryan Nichols
                                               Of Counsel