IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NUMBER: |
| VS. ) | 2:07CV01064WKW |
| ) | |
| ALBANY INTERNATIONAL, ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

## CONFLICT DISCLOSURE STATEMENT

   **COMES NOW** Ingersoll-Rand Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☑   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entities                             Relationship to Party

_____                    _____

_____                    _____

_____                    _____


January 7, 2008                                    //s// Donald C. Partridge
    Date                                                    (Signature)

                                                            Donald C. Partridge (PARTD6713)
                                                            Counsel for Ingersoll-Rand Company
                                                            FORMAN PERRY WATKINS KRUTZ &
                                                            TARDY LLP
                                                            200 South Lamar Street
                                                            City Centre, Suite 100S
                                                            Post Office Box 22608
                                                            Jackson, Mississippi 39225-2608
                                                            Telephone: (601) 960-8600

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | CIVIL ACTION NUMBER: |
| VS. | ) | 2:07CV01064WKW |
| | ) | |
| ALBANY INTERNATIONAL, | ) | |
| ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

/s// Donald C. Partridge
DONALD C. PARTRIDGE (PARTD6713)