## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, spouse and personal representative for the Estate of Charles Adams, deceased, et al.** | ) ) ) |
| **Plaintiffs,** | ) **Civil Action No.:** ) **2:07-cv-01064-WKW-TFM** ) |
| **v.** | ) ) |
| **ALBANY INTERNATIONAL, et al.** | ) ) |
| **Defendants.** | ) |

### GENERAL ELECTRIC COMPANY'S CONFLICT/ CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court and pursuant to Federal Rule of Civil Procedure 7.1, defendant General Electric Company ("GE"), by and through its attorneys of record, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. GE does not have a parent corporation; and

2. No publicly-held corporation owns more than 10% of GE.

/s Jenelle R. Evans
Jenelle R. Evans, ASB-2403-A35J
S. Allen Baker, Jr., ASB-5990-E68S
Attorneys for Defendant, General
Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
E-mail: jevans@balch.com
E-mail: abaker@balch.com

949196.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

      Respectfully submitted,
/s Jenelle R. Evans
Jenelle R. Evans, ASB-2403-A35J
S. Allen Baker, Jr., ASB-5990-E68S
Attorney for Defendant, General Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5686
E-mail: jevans@balch.com
E-mail: abaker@balch.com