IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS** spouse and personal representative for the **ESTATE OF CHARLES ADAMS**, deceased, et al.<br><br>　　**Plaintiffs,**<br><br>v.<br><br>**ALBANY INTERNATIONAL,** et al.<br><br>　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)　**Civil Action Number:**<br>)<br>)　　2:07-cv-01064-WKW-TFM<br>)<br>)<br>)<br>) |

**DEFENDANT T H AGRICULTURE & NUTRITION, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Middle District of Alabama's General Order No. 3047 and Federal Rules of Civil Procedure 7.1, Defendant T H Agriculture & Nutrition, LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other reportable entities:

1. T H Agriculture & Nutrition, LLC is not publicly traded;

2. Philips Electronics North America Corporation is the parent company of T H Agriculture & Nutrition, LLC; and

3. No publically held company owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　/s/ *Roger C. Foster*
　　　　　　　　　　　　　　　　　　ROGER C. FOSTER, ESQ. (FOS005)
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　T H Agriculture & Nutrition, LLC

**OF COUNSEL:**

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243-0798
Telephone: (205) 986-4405
Facsimile: (205) 298-8441

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon **all counsel of record** by electronic filing system by the United States District Court on January 7, 2008.

/s/ *Roger C. Foster*
ROGER C. FOSTER, ESQ. (FOS005)