| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature    Certified Mail Received<br>X    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name) DEC 2 7 2007   Date of Delivery |
| 1. Article Addressed to:<br><br>Foster-Wheeler Corporation<br>c/o, CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011<br><br>07cv1064   Alias Summ & Cmp | D. Is delivery address different from 1? ☐ Yes<br>If YES, enter delivery address below: NYSOP CT, a Wolters Kluwer Business<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 2376 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540