AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  MIDDLE | District of | ALABAMA |
|---|---|---|

MARTHA ADAMS, et al

V.

ALBANY INTERNATIONAL, et al

*Alias*

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2:07-cv-1064-WKW

## RECEIVED

JAN – 7 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

NATIONAL SERVICE INDUSTRIES, INC.
c/o Corporate Service Company
40 Technology Parkway South, Suite 300
Atlanta, GA  30339

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

|  |  |
|---|---|
| DEBRA P. HACKETT | 12/27/2007 |
| CLERK | DATE |
| _(signature)_ | |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                              Date                              *Signature of Server*


                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711



7003 3110 0004 0800 3569

RECEIVED

2009 JAN -7 A 9: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



NATIONAL SERVICE INDUSTRIES, INC.
c/o Corporate Service Company
40 Technology Pkwy South, Suite 300
Atlanta, GA
30339

7003 3110 0004 0800 3569



NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD



