# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 2:07-CV-01064-WKW-TFM |
| vs. ) | |
| ) | |
| ASBESTOS DEFENDANTS: ) | |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

### THE ANCHOR PACKING COMPANY'S DISCLOSURE STATEMENT

COMES NOW Defendant, THE ANCHOR PACKING COMPANY, by and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

THE ANCHOR PACKING COMPANY is a wholly owned subsidiary of Garlock Inc. Garlock Inc is a wholly owned subsidiary of Coltec Industries Inc. Coltec Industries Inc is a wholly owned subsidiary of EnPro Industries, Inc.

s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
GARY W. FILLINGIM (FILLG1161)
Attorneys for Defendant,
THE ANCHOR PACKING COMPANY

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              s/Edward B. McDonough, Jr.
                                              Edward B. McDonough, Jr.