**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 8, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Adams et al v. Albany International et al**

**Case Number:   2:07-cv-01064-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document #151 corporate disclosure   filed on January 7, 2008.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, spouse and personal
personal representative for the Estate
of CHARLES ADAMS, decased, et al.,
      Plaintiffs,

vs.

CIVIL ACTION NO.
2:07CV01064-WKW-TFM

ALBANY INTERNATIONAL, et al.,

      Defendants.

_____/

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cleaver Brooks, a division of Aqua-Chem, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**　　　　　　　　　　**Relationship to Party**

_____　　　　　　　_____
_____　　　　　　　_____
_____　　　　　　　_____

_____　　　　　　　_____

10347968v.1

<u>January 7, 2008</u>
Date

<u>/s/ Stephen Christopher Collier</u>
Counsel Signature

<u>Stephen Christopher Collier</u>
Counsel for Cleaver Brooks, a division of Aqua-Chem, Inc.

<u>4000 SunTrust Plaza, 303 Peachtree Street</u>
Address, City, State Zip Code

<u>Atlanta, Georgia 30308-3243</u>
<u>404-614-7400</u>
Telephone Number

10347968v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, spouse and personal
personal representative for the Estate
of CHARLES ADAMS, decased, et al.,
    Plaintiffs,

vs.

CIVIL ACTION NO.
2:07CV01064-WKW-TFM

ALBANY INTERNATIONAL, et al.,

    Defendants.
_____/

### CERTIFICATE OF SERVICE

I, Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of January 2008, to:

    All counsel of record as provided by the CM/ECF system.

January 7 , 2007
Date

/s/ Stephen Christopher Collier
Signature

10347968v.1