## THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, etc., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION CASE NO.: |
| | * | |
| ALBANY INTERNATIONAL, et al., | * | 2:07-cv-01064-WKW-TFM |
| | * | |
| Defendants. | * | |

### CORPORATE DISCLOSURE STATEMENT OF KAISER GYPSUM COMPANY, INC.

COMES NOW, Kaiser Gypsum Company, Inc. ("Kaiser Gypsum"), and makes this following disclosure statement pursuant to Fed. R. Civ. P. 7.1. The non-governmental corporate entity, Kaiser Gypsum Company, Inc., in the above listed civil action is a direct subsidiary of HeidelbergCementAG, which is family controlled, although a small percentage of its stock is publicly traded exclusively on various German stock exchanges.

Dated this the 8th date of   January  , 2008.

                                                                       Respectfully submitted,

                                                                        /s/ Vincent A. Noletto, Jr.
                                                                        VINCENT A. NOLETTO, JR.  (NOLEV3868)
                                                                        Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSION, P.C.
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
E-mail:  vnoletto@carrallison.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the __8th__ day of __January__, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/EFC system which will send notification of such filing to all counsel of record.

                                                                /s/ Vincent A. Noletto, Jr.
                                                                OF COUNSEL