IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SURFACE COMBUSTION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 2:07 CV-1064-wkw |

**NOTICE OF APPEARANCE**

The undersigned, David W. McDowell hereby gives notice of his appearance as counsel of record for Defendant Surface Combustion, Inc. in the captioned matter. Please serve all future pleadings and direct all future correspondence to the undersigned.

Respectfully submitted on January 9, 2008.

                                        s/David W. McDowell
                                        DAVID W. McDOWELL
                                        (ASB - 7713-L69D)
                                        Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:    (205) 328-0480
Facsimile:    (205) 322-8007

## CERTIFICATE OF SERVICE

  I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

All counsel of record.

                Respectfully submitted,
                s/David W. McDowell
                DAVID W. McDOWELL (ASB - 7713-L69D)
                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, P.C.
                Wachovia Tower, Suite 1600
                420 North Twentieth Street
                Birmingham, Alabama 35203
                Telephone: (205) 250-8312
                Facsimile: (205) 488-3712

B DWM 769625 v1
1038803-000001 1/9/2008