IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al.;<br><br>       Plaintiffs,<br>vs.<br><br>SURFACE COMBUSTION, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:07 CV-1064-WKW<br>)<br>)<br>) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendant SURFACE COMBUSTION, INC. makes the following disclosures:

1. Surface Combustion, Inc. has no "parent" corporation.

2. There is no publicly held corporation that owns Ten Percent or more of Surface Combustion, Inc.'s stock.

Respectfully submitted on January 9, 2008.

                                          s/David W. McDowell
                                          DAVID W. McDOWELL
                                          (ASB - 7713-L69D)
                                          Attorney for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480
Facsimile:   (205) 322-8007

## CERTIFICATE OF SERVICE

   I hereby certify that on January 9, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, PC
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
(205) 871-0707
(205) 871-0801 facsimile
E-mail: info@mesohelp.com

             Respectfully submitted,

             s/David W. McDowell
             DAVID W. McDOWELL (ASB - 7713-L69D)
             BAKER, DONELSON, BEARMAN,
             CALDWELL & BERKOWITZ, P.C.
             Wachovia Tower, Suite 1600
             420 North Twentieth Street
             Birmingham, Alabama 35203
             Telephone: (205) 250-8312
             Facsimile: (205) 488-3712

B DWM 769618 v1
1038803-000001 1/9/2008