THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: |
| vs. | ) | 2:07-CV-01064-WKW-TFM |
| | ) | |
| ALBANY INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CONWED CORPORATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Conwed Corporation, and makes this following disclosure statement pursuant to Fed. Civ. P. 7. 1:

1.   Whether the named Defendant has a parent company, and if so, what company.

   **Yes, Leucadia, Inc.**

2.   Whether the named Defendant has publicly traded stock.

   **No.**

3.   Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

   **No.**

Respectfully submitted,

DOGAN & WILKINSON, PLLC

s/ Nathan A. Bosio
NATHAN A. BOSIO

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, et al.,                    )
                                         )
            Plaintiffs,                  )
                                         )        Civil Action No.:
vs.                                      )        2:07-CV-01064-WKW-TFM
                                         )
ALBANY INTERNATIONAL, et al.,            )
                                         )
            Defendants.                  )

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 9, 2008 I electronically filed the foregoing with the clerk

of the Court using the CM/ECF system which will send notification of such filing to counsel of

record.

Respectfully submitted,

<u>s/ Nathan A. Bosio</u>
NATHAN A. BOSIO
AL Bar # 4003-A55B
Attorney for Defendant Conwed Corporation
DOGAN & WILKINSON, PLLC
P.O. Box 1618
Pascagoula, MS 39568
Telephone: (228)762-2272
Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Conwed\Adams, Martha Corporate
Disclosure.wpd