THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS, et al.,               )
                                    )
        Plaintiffs,                 )
                                    )      Civil Action No.:
vs.                                 )      2:07-CV-01064-WKW-TFM
                                    )
ALBANY INTERNATIONAL, et al.,       )
                                    )
        Defendants.                 )

### GUARD-LINE, INC.'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Guard-Line, Inc., and makes this following disclosure statement pursuant to Fed. Civ. P. 7. 1.

1.  Whether the named Defendant has a parent company, and if so, what company.

    **No.**

2.  Whether the named Defendant has publicly traded stock.

    **No.**

3.  Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

    **No.**

                                        Respectfully submitted,

                                        DOGAN & WILKINSON, PLLC

                                        s/ Nathan A. Bosio
                                        NATHAN A. BOSIO

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 2:07-CV-01064-WKW-TFM |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ Nathan A. Bosio
NATHAN A. BOSIO
AL Bar # 4003-A55B
Attorney for Defendant Guard-Line, Inc.
DOGAN & WILKINSON, PLLC
P.O. Box 1618
Pascagoula, MS 39568
Telephone: (228)762-2272
Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Guardline\Adams, Martha Corporate Disclosure.wpd