IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.** ) | |
| ) | |
| ) | **CIVIL ACTION NO.** |
| Plaintiffs, ) | **2:07CV 01064-2K2-TFM** |
| ) | |
| **ALBANY INTERNATIONAL, et al.** ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Georgia-Pacific Corporation and pursuant to Fed. R. Civ. P. 7.1, discloses that Georgia-Pacific LLC is a Delaware limited company. Georgia-Pacific LLC is wholly owned by Georgia-Pacific Holdings, LLC, a Delaware limited liability company. No publicly traded corporation owns ten percent (10%) or more of Georgia-Pacific LLC stock.

s/Allan R. Wheeler
C. PAUL CAVENDER (ASB8784-E67C)
ALLAN R. WHEELER (ASB4726-R49A)
Attorney for Defendant
Georgia-Pacific Corporation

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of January 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Allan R. Wheeler
OF COUNSEL

1633947 v1