IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, et al.** | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO.** |
| Plaintiffs, | ) | 2:07CV 01064-2K2-TFM |
| | ) | |
| **ALBANY INTERNATIONAL, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** United States Steel Corporation, for itself and on behalf of the entity identified as USX Corporation, and pursuant to Fed. R. Civ. P. 7.1, discloses that it has no parent corporation and no publicly traded corporation owns more than ten percent (10%) of its stock.

                                      s/Allan R. Wheeler
                                      C. PAUL CAVENDER (ASB8784-E67C)
                                      ALLAN R. WHEELER (ASB4726-R49A)
                                      Attorney for Defendant
                                      United States Steel Corporation

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:  205-458-5100

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of January 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      s/Allan R. Wheeler
                                      OF COUNSEL

1633953 v1