IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.** | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| **Plaintiffs,** | ) 2:07CV01064-2K2-TFM |
| | ) |
| **ALBANY INTERNATIONAL, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Thiem Corporation, and pursuant to Fed. R. Civ. P. 7.1, discloses that it is a dissolved corporation and no longer exists.

s/Allan R. Wheeler
C. PAUL CAVENDER (ASB8784-E67C)
ALLAN R. WHEELER (ASB4726-R49A)
Attorney for Defendant
Thiem Corporation

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:  205-458-5100

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of January 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Allan R. Wheeler
OF COUNSEL

1633952 v1