IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS, et al.** ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) | 2:07CV01064-2K2-TFM |
| ) | |
| **ALBANY INTERNATIONAL, et al.** ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Koppers, Inc., and pursuant to Fed. R. Civ. P. 7.1, discloses that its parent corporation is Koppers Holdings, Inc. and that Koppers, Inc.'s stock is not publicly traded.

        s/Allan R. Wheeler
        C. PAUL CAVENDER (ASB8784-E67C)
        ALLAN R. WHEELER (ASB4726-R49A)
        Attorney for Defendant
        Koppers, Inc.

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of January 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

        s/Allan R. Wheeler
        OF COUNSEL