IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARTHA ADAMS spouse and personal representative for the Estate of CHARLES ADAMS, deceased, et al.,** | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No.: 2:07-cv-01064-WKW-TFM ) |
| **ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL; et al.,** | ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF
DEFENDANT HONEYWELL, INC.**

Defendant Honeywell, Inc., pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

Honeywell, Inc. is a publicly traded corporation. It has no parent corporation, nor does any entity own ten percent (10%) or more of its stock.

    /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Honeywell, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served the above and foregoing pleading by electronically filing with the Court Clerk and/or placing same in the United States Mail, properly addressed and postage prepaid on this the 11th day of January, 2008.

                                      /s/Frank E. Lankford, Jr.
                                      Of Counsel