IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA ADAMS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| ALBANY INTERNATIONAL, et al., | ) | CIVIL ACTION NO. |
| | ) | 2:07CV1064-WKW |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

**COMES NOW** FMC Corporation on behalf of its former Construction Equipment Group, former Turbo Pump Operation, and former Peerless Pump and Chicago Pump businesses, improperly sued as FMC Corporation, individually and on behalf of its former Construction Equipment Group, and former Peerless Pump Division, Coffin Turbo Pumps and Chicago Pump businesses (hereafter "FMC Corporation"), and pursuant to Fed. R. Civ. P. 7.1, discloses that it has no parent corporation, and that FMR d/b/a Fidelity Management & Research Company, owns just over ten percent (10%) of FMC Corporation Stock.

s/Allan R. Wheeler
C. PAUL CAVENDER (ASB8784-E67C)
ALLAN R. WHEELER (ASB4726-R49A)
Attorney for Defendant
FMC Corporation

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100

1634776 v1

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of January 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Allan R. Wheeler
OF COUNSEL
