IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

MARTHA ADAMS spouse and personal representative for the ESTATE OF CHARLES ADAMS, deceased, et al., )
)
Plaintiff, )
)
v. ) CASE NO.2:07-cv-01064-wkw-tfm
)
ASBESTOS DEFENDANTS, et al., )
)
Defendant, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Union Carbide Corporation, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                     <u>Relationship to Party</u>


January 15, 2008                         /s/ Elizabeth B. Padgett
        Date                             Counsel Signature

                                         Union Carbide Corporation
                                         Counsel for (print names of all parties)

                                         4000 Suntrust Plaza
                                         303 Peachtree Street, Atlanta GA 30308
                                         Address, City, State Zip Code

                                         404-614-7400
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Elizabeth B. Padgett, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15th day of January 2008, to:

All counsel of record as provided by the CM/ECF system.

January 15, 2008
Date

/s/ Elizabeth B. Padgett
Signature