THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, Spouse and Personal Representative for the Estate of CHARLES ADAMS, deceased, | ) ) ) ) |
| CYNTHIA COACHMAN, Spouse and Personal Representative for the Estate of MATTHEW COACHMAN, deceased, | ) ) ) ) ) |
| VALIE OGLES, Mother and Personal Representative for the Estate of JAMES O. DAVIS, deceased, | ) ) ) ) |
| TERESA WATSON, Daughter and Personal Representative for the Estate of SHIRLEY MARIE GILBERT, deceased, | ) ) ) ) |
| MOLLIE GRESHAM, Spouse and Personal Representative for the Estate of ARCHIE L. GRESHAM, SR., deceased, | ) ) ) ) |
| JANNIE HICKS, Spouse and Personal Representative of the Estate of WILLIE HICKS, deceased, | ) ) ) ) |
| PAULINE M. MATTHEWS, | ) ) |
| BOBBIE PRENTICE, | ) ) |
| PATSY W. MIBUS, Spouse and Personal Representative for the Estate of CHARLES WEBB, deceased, | ) ) ) ) |
| BEVERLY AGEE, Daughter and Personal Representative for the Estate of YON WIGGINS, deceased, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ALBANY INTERNATIONAL, et al., | ) |

CASE NO. 2:07-CV-01064-WKW-TFM
(JURY DEMAND)

|  |  |
|---|---|
| Defendants. | ) )  |

## METROPOLITAN LIFE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for Defendant, Metropolitan Life Insurance Company, states that Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

\s\ Michael A. Vercher
Michael A. Vercher (ASB-4976-H32M)
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

OF COUNSEL:

CHRISTIAN & SMALL, LLP
505 North Twentieth Street
1800 Financial Center
Birmingham, AL 35203
Telephone:   (205) 795-6588
Facsimile:    (205) 328-7234
mavercher@csattorneys.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

                                            /s/ Michael A. Vercher
                                            OF COUNSEL