| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) Dan Holm    C. Date of Delivery 1/14/08 |
| 1. Article Addressed to:<br><br>Foster-Wheeler Corporation<br>c/o Its Highest Ranking Officer<br>Perryville Corporate Park<br>Clinton, NJ<br>08809-4000 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>(2nd) 07CV1064<br>Second alias 3d cmp<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3767 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540