IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-01064-WKW |
| | ) |
| ASBESTOS DEFENDANTS: | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
|     Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF ROCKWELL AUTOMATION, INC.,
SUCCESSOR BY MERGER TO ALLEN-BRADLEY CO., LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rockwell Automation, Inc., successor by merger to Allen-Bradley Co., LLC, discloses that it has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated this the 17th day of January 2008.

    /s/ Helen Kathryn Downs
    Helen Kathryn Downs

    /s/ William D. Jones III
    William D. Jones III

    /s/Shayana Boyd Davis
    Shayana Boyd Davis

    Attorneys for Rockwell Automation, Inc.

OF COUNSEL:
**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village
Birmingham, AL  35209
Telephone: (205) 458-9400
Facsimile:  (205) 458-9500
E-mail:     hkd@johnstonbarton.com
            wdj@johnstonbarton.com
            sbd@johnstonbarton.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing by electronically filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 17th day of January 2008.

/s/ Shayana Boyd Davis
Of Counsel

W0630015.DOC