IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARTHA ADAMS, et al., )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv01064-WKW-TFM
)
ALBANY INTERNATIONAL, et al., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW SUNBEAM PRODUCTS INC., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| JARDEN CORPORATION | PARENT COMPANY |
|  |  |
|  |  |

1/18/2008
Date

/s/ Randi Peresich Mueller
(Signature)

Page, Mannino, Peresich & McDermott, P.L.L.C.
(Counsel's Name)

Sunbeam Products, Inc.
Counsel for (print names of all parties)

Post Office Box 16450
Jackson, MS 39206
Address, City, State Zip Code

(601) 896-0114
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, RANDI PERESICH MUELLER, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18 day of January 20 08 to:

Plaintiffs' counsel and all Defense counsel will be notified through the ECF filing notification system

1/18/2007
Date

/s/ Randi Peresich Mueller
Signature