| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>National Service Industries, Inc.<br>c/o Its Registered Agent,<br>Corporation Service Company<br>4845 Jimmy Carter Boulevard<br>Norcross, GA 30093<br><br>07cv1064 2nd Alias Sum & C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 8071 |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

Ms. Debra P. H
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711



7003 3110 0004 0799 8071

National Service Industries, Inc.
c/o Its Registered Agent,
Corporation Service Company
4845 Jimmy Carter Boulevard
Norcross, GA 30093



HASLER
$7.47⁰
US POSTAGE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

MARTHA ADAMS, et al

Alias

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, et al

CASE NUMBER: 2:07-cv-1064-WKW

TO: (Name and address of Defendant)

National Service Industries, Inc.
c/o Its Registered Agent,
Corporation Service Company
4845 Jimmy Carter Boulevard
Norcross, GA 30093

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey, Jr.
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                          1/10/2008
CLERK                                                      DATE

_/s/ William C. ____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date              *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.