**CT**
a Wolters Kluwer business

CT
208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
312 345 4343 fax
www.ctlegalsolutions.com



January 18, 2008

Clerk of the District Court
P.O. Box 711,
Montgomery, AL 36101-0711

Martha Adams, spouse and personal representative for the Estate of Charles Adams, deceased, Pltf. vs. Albany International, et al. including Square D Company, Dfts.

Case No. 2:07-CV-1064-WKW

Dear Sir/Madam:

After checking our records and the records of the State of IL, it has been determined that C T Corporation System is not the agent for an entity by the name of Square D Company. Currently, the state lists Illinois Corporation Service - 801 Adlai Stevenson Drive, Springfield IL as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Lourdes Vina

Log# 512994343

cc: United State District Court - Middle District - State of Alabama



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# CORPORATION FILE DETAIL REPORT

| Entity Name | SQUARE D COMPANY | File Number | 55547572 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 06/07/1989 | State | DELAWARE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 04/24/2006 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | DAVID D PETRATIS 29 ROLLING HILLS BARRINGTON HILLS 60010 |
| Agent City | SPRINGFIELD | Secretary Name & Address | HOWARD E JAPLON 934 CLINTON PLACE RIVER FOREST IL 60305 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 05/29/2007 | For Year | 2007 |
| Old Corp Name | 07/20/1989 - DELAWARE SQUARE D, INC. | | |

**Return to the Search Screen**    **Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE