IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | | |
|---|---|---|
| MARTHA ADAMS, Spouse and Personal Representative for the ESTATE OF CHARLES ADAMS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CASE NO. 2:07CV01064wkw-tfm |
| ALBANY INTERNATIONAL et al., | ) ) ) | |
| Defendant, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Foseco Inc., a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Georgetown Holding Company | Parent |

January 28, 2008
Date

/s/ Evelyn Fletcher
Evelyn Fletcher (FLETE1485)
Counsel Signature

Foseco Inc.
Counsel for (print names of all parties)

4000 Suntrust Plaza
Peachtree Street, Atlanta GA 30308
Address, City, State Zip Code

404-641-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Evelyn Fletcher, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28TH day of January 2008, to:

    All counsel of record as provided by the CM/ECF system

| | |
|---|---|
| January 28, 2008 | /s/ Evelyn Fletcher |
| | Evelyn Fletcher (FLETE1485) |
| Date | Signature |