IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| MARTHA ADAMS, spouse and personal representative for the ESTATE OF MATTHEW COACHMAN, deceased, et.al., <br><br> Plaintiff, <br><br> v. <br><br> ALBANY INTERNATIONAL, et.al., <br><br> Defendants, | ) ) ) ) ) ) ) CASE NO.: 2:07-CV-01064 ) ) ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW American Optical Corporation, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Coast Holdings, Inc. | AO is a wholly-owned subsidiary |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

January 29, 2008                     s/Freddie N. Harrington, Jr.
Date                                 Counsel

                                     Freddie N. Harrington, Jr.
                                     Counsel for American Optical Corporation
                                     2450 Valleydale Road
                                     Birmingham, Alabama 35244
                                     Address, City, State Zip Code
                                     205-967-9675
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Freddie N. Harrington, Jr., Esq., do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th day of January 2008, to:

    All counsel of record as provided by the CM/ECF system

    January 29, 2008                            s/Freddie N. Harrington, Jr.
            Date                                          Signature