THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 07-CV-1064-WKW |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CLARK-RELIANCE CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW, the Defendant, Clark-Reliance Corporation, and makes this following disclosure statement pursuant to the applicable Federal Rules of Civil Procedure and this Court's Orders:

1. Whether the named Defendant has a parent company, and if so, what company.

    **No.**

2. Whether the named Defendant has publically traded stock.

    **No**.

3. Whether a publicly traded entity owns 10% or more of the main Defendant's company stock and if so, what entity.

    **No.**

Respectfully submitted,

s/Connie Ray Stockham
Connie Ray Stockham
State Bar No.STO040
Attorney for Clark-Reliance Corporation
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: crs@stockhampc.com

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARTHA ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.  07-CV-1064-WKW |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the attorneys of record.

    s/Connie Ray Stockham
Connie Ray  Stockham
State Bar No.STO040
Attorney for Clark-Reliance Corporation
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 252-2889
Fax: (205) 879-9990
E-Mail: crs@stockhampc.com