IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:07-cv-01064-WKW-TFM |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
| Defendants. | * | |
| * | | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT FOSTER WHEELER CORPORATION**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, Foster Wheeler LLC, survivor to a merger with Foster Wheeler Corporation, states:

1. Foster Wheeler LLC is the wholly owned subsidiary of Foster Wheeler Ltd. Foster Wheeler Ltd. has no parent corporations, and no known publicly held company owns 10% or more of Foster Wheeler Ltd. stock

2. Foster Wheeler Ltd. has issued shares to the public.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Foster Wheeler Corporation*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                                                      /s/ F. Grey Redditt, Jr.
                                                      F. GREY REDDITT (ASB-5142-R64D)

2