IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, et al.,** | * | |
| | * | |
|     **Plaintiffs,** | * | |
| | * | |
| v. | * | **CIVIL ACTION NO.:** |
| | * | **2:07-cv-01064-WKW-TFM** |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
|     **Defendants.** | * | |
| | * | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW defendant, CRANE PUMPS & SYSTEMS, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that Crane Pumps & Systems, Inc. has no parent company and that no publicly traded company owns ten percent (10%) or more of its stock.

        Respectfully submitted,

        /s/ F. Grey Redditt, Jr.
        F. GREY REDDITT (ASB-5142-R64F)
        TIMOTHY A. CLARKE (ASB-1440-R67T)
        *Attorneys for Crane Pumps & Systems, Inc.*

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR.