# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS spouse and Personal representative for the ESTATE OF CHARLES ADAMS, Deceased, ET AL.** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | 2:07-CV-01064-WKW-TFM |
| **ALBANY INTERNATIONAL, ET AL,** | ) ) ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL SERVICE INDUSTRIES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant National Service Industries, Inc. states that the nongovernmental corporate party, National Service Industries, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Respectfully submitted this 15th day of February, 2008.

{B0813298}579827.1                              1

By: s/ Anthony C. Harlow
Anthony C. Harlow – Bar No.: ASB-5692-W474
Attorney for National Service Industries, Inc.
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Anthony C. Harlow
Anthony C. Harlow – Bar No.: ASB-5692-W474
Attorneys for National Service Industries, Inc.
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000