IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION**

MDL DOCKET NO. 875

**MARTHA ADAMS spouse and personal
representative for the ESTATE OF
CHARLES ADAMS, deceased, et al., vs.
ASBESTOS DEFENDANTS,
ALBANY INTERNATIONAL, et al.,**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

MARTHA ADAMS spouse and personal
representative for the ESTATE OF
CHARLES ADAMS, deceased, et al.,

        Plaintiffs,

vs.

ASBESTOS DEFENDANTS,
ALBANY INTERNATIONAL, et al.,

        Defendants.

CIVIL ACTION NO.
2:07-cv-01064-WKW-TFM

_____/

**JOINDER AND ADOPTION IN DEFENDANT CLARK-RELIANCE CORPORATION'S
MOTION TO DISMISS, OR, IN THE ALTERNATIVE,
MOTION FOR MORE DEFINITE STATEMENT**

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., CertainTeed

Corporation, ArvinMeritor, Inc., Maremont Corporation and Bayer Cropscience, Inc. F/K/A

Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone

Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc.,

A Successor To Benjamin Foster Company), incorrectly sued as Bayer Cropscience, Inc.,

individual and as successor to Aventis Cropscience USA, Inc. f/k/a Rhone Poulenc Ag Co. , f/k/a

Amchem, Products, Inc., Benjamin Foster Co., and hereby join in and adopt as though fully set

forth Defendant Clark-Reliance Corporation's Motion to Dismiss, or, in the Alternative, Motion

for More Definite Statement filed herein on January 30, 2008.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the

court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., CertainTeed

Corporation, ArvinMeritor, Inc., Maremont Corporation and Bayer Cropscience, Inc. F/K/A

Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone

Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc.,

A Successor To Benjamin Foster Company) respectfully request this Honorable Court to grant

Defendant Clark-Reliance Corporation's Motion to Dismiss, or, in the Alternative, Motion for

More Definite Statement filed herein and to further grant all additional relief this Honorable

Court deems necessary and proper.

Respectfully submitted this 18th day of March, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD015)
Alabama Bar No. ASB-3936-C60P

Counsel for Bayer Cropscience, Inc., Foseco,
Inc., ArvinMeritor, Inc., Maremont Corporation,
CertainTeed Corporation and Union Carbide
Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10375882-1                          2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

> G. Patterson Keahey, Jr.
> Law Offices of G. Patterson Keahey, P.C.
> One Independence Plaza, Suite 612
> Birmingham, AL 35209

This 18th day of March, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Counsel for Bayer Cropscience, Inc., Foseco, Inc., ArvinMeritor, Inc., Maremont Corporation, CertainTeed Corporation and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400