## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          MDL DOCKET NO. 875

**This Document Relates To:**
**MARTHA ADAMS, ET AL. VS.**
**ALBANY INTERNATIONAL, ET AL.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, ET AL.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **VS.** | ) | **2:07CV01064-WKW** |
| | ) | |
| **ALBANY INTERNATIONAL, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Donald C. Partridge of the law firm Forman Perry Watkins

Krutz & Tardy LLP, his appearance as counsel of record for Defendant Trane US, Inc. f/k/a

American Standard, Inc. in the above-styled and numbered civil action.

RESPECTFULLY SUBMITTED, this the 22th day of August, 2008.


    _//s// Donald C. Partridge_
DONALD C. PARTRIDGE (PARTD6713)
Counsel for Trane US, Inc. f/k/a American Standard, Inc.

OF COUNSEL:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
City Centre, Suite 100S
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile:  (601) 960-3134

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARTHA ADAMS, ET AL.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **VS.** | ) | **2:07CV01064-WKW** |
| | ) | |
| **ALBANY INTERNATIONAL, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,


//s// Donald C. Partridge
DONALD C. PARTRIDGE (PARTD6713)